**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2019
SEPTEMBER 17, 2019 SESSION



FILED
SEP 18 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:19-00241
     21 U.S.C. § 841(a)(1)
     21 U.S.C. § 846

SRIRAMLOO KESARI, M.D.

# INDICTMENT

The Grand Jury Charges:

## BACKGROUND

At all times material to this Indictment:

1. Defendant SRIRAMLOO KESARI, M.D., was a medical doctor licensed to practice medicine in the State of West Virginia.

2. Defendant SRIRAMLOO KESARI, M.D., had an active Drug Enforcement Administration (DEA) registration number that allowed him to prescribe controlled substances, including Schedule III controlled substances, for legitimate medical purposes in the usual course of his professional medical practice and within the bounds of medical practice.

## COUNT ONE
(Conspiracy to Distribute a Controlled Substance)

3. From in or about October 2018, through in or about May 2019, at or near Danville, Boone County, West Virginia, and elsewhere, within the Southern District of West Virginia, defendant SRIRAMLOO KESARI, and other persons, whose identities are known and unknown to the grand jury, knowingly conspired to commit an offense in violation of 21 U.S.C. §841(a)(1),

that is, knowingly and intentionally to distribute quantities of Suboxone, a Schedule III Controlled Substance.

In violation of Title 21, United States Code, Section 846.

MICHAEL B. STUART<br>
United States Attorney

By: _____

SEAN O'CONNELL
KILBY MACFADDEN
United States Department of Justice
Criminal Division, Fraud Section
Trial Attorneys, Health Care Fraud Unit

ALLAN J. MEDINA
United States Department of Justice
Criminal Division, Fraud Section
Acting Deputy Chief, Health Care Fraud