**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
NOVEMBER 5, 2019 SESSION**



FILED
NOV - 5 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                          **CRIMINAL NO. 2:19-cr-00241**
                                     21 U.S.C. § 841(a)(1)
                                     21 U.S.C. § 846

**SRIRAMLOO KESARI, M.D.**

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### BACKGROUND

At all times material to this Indictment:

1. Defendant SRIRAMLOO KESARI, M.D., was a medical doctor licensed to practice medicine in the State of West Virginia.

2. Defendant SRIRAMLOO KESARI, M.D., had an active Drug Enforcement Administration (DEA) registration number that allowed him to prescribe controlled substances, including Schedule III controlled substances, for legitimate medical purposes in the usual course of his professional medical practice and within the bounds of medical practice.

3. Under the Controlled Substances Act, Title 21, United States Code Section 841(a) et seq., and Title 21, Code of Federal Regulations, Section 1306.04, a prescription for a controlled substance is not legal or effective unless issued for a legitimate purpose by a practitioner acting in the usual course of professional practice.

4. Defendant SRIRAMLOO KESARI, M.D. routinely prescribed various Schedule III controlled substances, including Buprenorphine Hcl and Suboxone, for his patients outside the usual course of professional practice and without a legitimate medical purpose.

## COUNT ONE
### (Conspiracy to Distribute a Controlled Substance)

5. From in or about October 2018, through in or about May 2019, at or near Danville, Boone County, West Virginia, and elsewhere, within the Southern District of West Virginia, defendant SRIRAMLOO KESARI, M.D., and other persons, whose identities are known and unknown to the grand jury, knowingly conspired to commit an offense in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute quantities of Buprenorphine Hcl and Suboxone, Schedule III controlled substances.

In violation of Title 21, United States Code, Section 846.

## COUNTS TWO THROUGH THIRTEEN
### (Unlawful Distribution of Controlled Substances)

6. Paragraphs 1 through 5 are re-alleged and incorporated by reference as though fully set forth herein.

7. On or about the dates set forth in each count below, at or near Danville, Boone County, West Virginia, and elsewhere, within the Southern District of West Virginia, defendant SRIRAMLOO KESARI, M.D. did knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of Buprenorphine Hcl and Suboxone, Schedule III controlled substances, as listed below, without a legitimate medical purpose and outside the usual course of professional practice, each of which constitutes a separate count of this Superseding Indictment:

| Count | Approximate Date of Distribution | Patient | Controlled Substance |
|---|---|---|---|
| 2 | January 4, 2019 | Patient A | Buprenorphine Hcl |
| 3 | January 31, 2019 | Patient A | Buprenorphine Hcl |
| 4 | February 27, 2019 | Patient A | Buprenorphine Hcl |
| 5 | October 26, 2018 | Patient B | Suboxone |
| 6 | November 2, 2018 | Patient B | Suboxone |
| 7 | February 25, 2019 | Patient B | Suboxone |
| 8 | January 10, 2019 | Patient C | Suboxone |
| 9 | February 1, 2019 | Patient C | Suboxone |
| 10 | March 1, 2019 | Patient C | Suboxone |
| 11 | January 14, 2019 | Patient D | Suboxone |
| 12 | January 23, 2019 | Patient D | Suboxone |
| 13 | February 21, 2019 | Patient D | Suboxone |

All in violation of Title 21, United States Code, Section 841(a)(1).

                                        MICHAEL B. STUART
                                        United States Attorney

By: _____
                                        KILBY MACFADDEN
                                        ANDREW B. BARRAS
                                        United States Department of Justice
                                        Criminal Division, Fraud Section
                                        Trial Attorneys, Health Care Fraud Unit

                                        ALLAN J. MEDINA
                                        United States Department of Justice
                                        Criminal Division, Fraud Section
                                        Acting Deputy Chief, Health Care Fraud