

**California Medical Evaluators**
11620 Wilshire Blvd. Suite 340
Los Angeles, CA 90025
**Phone:** 888.853.7944
**Fax:** 213.478.0550
info@calmedeval.com



## Dr. Daniel Franc, MD, PhD
*Board-Certified in Neurology*

*Board-certified physician with more than 10 years of clinical expertise.*

## EDUCATION

- **UCLA Medical Center**, Los Angeles, CA (2011-2014)

  *Residency in Neurology*

  Research projects in diffusion tensor imaging applied to acute ischemic stroke, ambulatory acute EEG in acute stroke, and natural language processing applied to neurologic conditions

- **University of Minnesota**, MN (2010)

  *MD in Medical Science Training Program*

  Basic research in tractography algorithms applied to brain tumors

- **University of Minnesota**, MN (2008)

  *PhD Program in Neuroscience*

  Graduate work with Dr. Kelvin O Lim at the Center for Magnetic Resonance Research at the University of Minnesota Graduate Program in Neuroscience, Pre-doctoral fellow in NIH-funded Neuro-physical Computational Sciences training grant, Focus on MRI research of white matter diseases and neuroscience

- **University of Iowa**, Iowa City, IA (1998)

  *Bachelor of Arts, International Health, International Studies and Russian*

  University Scholarship and Dean's List, Research work in South Russia, Honors in International Health Studies

## CURRENT PROJECTS

- **Co-director of the Normal Pressure Hydrocephalus Clinic at Saint John's Medical Center**
  - This clinic is focused on addressing one of the few reversible causes of dementia, normal pressure hydrocephalus.

- o In collaboration with Dr. Garni Barkhoudarian, this clinic offers a truly collaborative and interdisciplinary approach to the care of these patients for the initial evaluation and to follow patients with successful intervention for this condition.
  - o Ongoing IRB study to evaluate response to hydrocephalus therapies
- **Transcranial Doppler Ultrasound to Identify Patients with Impaired Cerebral Vasomotor Reactivity and Physical Exercise as a Preventative Measure against Neurocognitive Degeneration**
  - o Primary investigator; currently enrolling
  - o IRB-approved study under Quorum Institutional Review Board
- **Modulation of Human Gut Microbiome for Therapeutic Intervention of Alzheimer's Disease**
  - o Primary investigator
  - o IRB-approved study under review by Quorum Institutional Review Board
- **Open Label Study for the Evaluation of the Feasibility of Applying Advanced MRI Scanning in Clinical Practice, focus on memory loss conditions**
  - o Primary investigator; Dr. Sheldon Jordan sub-investigator
  - o Upcoming research results to be presented at the 2017 ASFNR meeting in October: "Retrospective Evaluation of the Feasibility of Applying Advanced MRI Scanning in Clinical Practice"
  - o IRB-approved study under Western Institutional Review Board
- **The Effects of Advanced MRI Imaging of the Default Mode and Salience Networks on Pain and Focus Scales**
  - o Sub-investigator; Dr. Sheldon Jordan primary investigator
  - o IRB-approved study under Western Institutional Review Board
- **Open Label Study for the Use of Transcranial Magnetic Stimulation for the Treatment of Memory Loss-Predominant Neurodegenerative Disease**
  - o Sub-investigator; Dr. Sheldon Jordan primary investigator
  - o IRB-approved study under Western Institutional Review Board
- **Director of neurologic care at the Ashe Center Student Health Center, University of California, Los Angeles**
  - o This clinic cares for UCLA patients with advanced and general neurologic conditions
  - o Attending at this clinic involves teaching and supervising UCLA Medicine Residents

## HONORS & AWARDS

- UCLA Department of Neurology Resident Research Award (2014)
  - o Awarded for poster presentation "Natural Language Processing Extracts Unstructured Data About tPA Eligibility from Stroke Admission Notes"
- UCLA Neuroinformatics Research Award (2014)
  - o Awarded for efforts on extending natural language processing techniques for neurologic applications
- Steer Family Award in Diabetes Research, University of Minnesota (2008)

2

California Medical Evaluators
11620 Wilshire Blvd. Suite 340, Los Angeles, CA 90025
Phone: 888.853.7944 | Fax: 213.478.0550 | Email: info@calmedeval.com

- o  Awarded for publication "High connectivity between reduced cortical thickness and disrupted white matter tracts in long-standing type 1 diabetes"

## PUBLICATIONS

Mowery DL, Franc D, Ashfaq S, Zamora T, Cheng E, Chapman WW, Chapman BE. Developing a knowledge base for detecting carotid stenosis with pyConText. AMIA Symp Proc. Washington DC. 2014.

Use of perfusion imaging and other imaging techniques to assess risks/benefits of acute stroke interventions. Tarpley J1, Franc D, Tansy AP, Liebeskind DS. Curr Atheroscler Rep. 2013 Jul;15(7):336.

'How Do Spatial and Angular Resolution Affect Brain Connectivity Maps from Diffusion MRI?' Liang Zhan, Daniel Franc, Vishal Patel, Neda Jahanshad, Yan Jin, Bryon Mueller, Matt Bernstein, Bret Borowski, Clifford Jack Jr, Arthur Toga, Kelvin Lim, Paul Thompson. ISBI 2012

Tract-specific uncertainty in simulated and in vivo magnetic resonance diffusion tensor images. Franc DT, Lim KO.  Upcoming submission to Magnetic Resonance in Medicine.

High connectivity between reduced cortical thickness and disrupted white matter tracts in long-standing type 1 diabetes.  Franc DT, Kodl CT, Mueller BA, Muetzel RL, Lim KO, Seaquist ER. Diabetes. 2011 Jan;60(1):315-9. Epub 2010 Oct 27.

Cerebral and muscle MRI abnormalities in myotonic dystrophy.  Franc DT, Muetzel RL, Robinson PR, Rodriguez CP, Dalton JC, Naughton CE, Mueller BA, Wozniak JR, Lim KO, Day JW.  Neuromuscul Disord. 2012 Jan 28.

Quantification of uncertainty resulting from DTI tractography algorithm instability. Franc DT, Meutzel R, Mueller BA, Luciana M, Lim KO. Upcoming submission to NeuroImage.

Diffusion tensor imaging identifies deficits in white matter microstructure in subjects with type 1 diabetes that correlate with reduced neurocognitive function. Kodl CT, Franc DT, Rao JP, Anderson FS, Thomas W, Mueller BA, Lim KO, Seaquist ER.  Diabetes. 2008 Nov;57(11):3083-9. Epub 2008 Aug 11.

Brain macrostructural and microstructural abnormalities in cocaine dependence. Lim KO, Wozniak JR, Mueller BA, Franc DT, Specker SM, Rodriguez CP, Silverman AB, Rotrosen JP.  Drug Alcohol Depend. 2007 Sep 2

Modification of the Woodruff-Stamper assay demonstrates binding of Toxoplasma gondii tachyzoites to retinal vascular endothelium. Chipps TJ, Streeter PR, Franc DT, Neumeyer K, Planck SR, Rosenbaum JT, Smith JR.  J Immunol Methods. 2006 May 30;312(1-2):209-13.

3

California Medical Evaluators
11620 Wilshire Blvd. Suite 340, Los Angeles, CA 90025
Phone: 888.853.7944 | Fax: 213.478.0550 | Email: info@calmedeval.com

Susceptibility of Retinal Vascular Endothelium to Infection with Toxoplasma gondii Tachyzoites. Smith JR, Franc DT, Carter NS, Zamora D, Planck SR, Rosenbaum JT.  Invest Ophthalmol Vis Sci. 2004 Apr;45(4):1157-61

Susceptibility to endotoxin induced uveitis is not reduced in mice deficient in BLT1, the high affinity leukotriene B4 receptor. Smith JR, Subbarao K, Franc DT, Haribabu B, Rosenbaum JT.   Br J Ophthalmol. 2004 Feb;88(2):273-5

Preferential Susceptibility of Retinal Vascular Endothelium to Infection with Toxoplasma gondii Tachyzoites.   Oral presentation session, Association for Research in Vision and Ophthalmology international meeting, 2003.

Mobility Needs of Elder Women.  US Department of Transportation paper authored with Dr. Robert Wallace, 1999.

Variability in brain structural connectivity maps due to voxel size. Liang Zhan, Neda Jahanshad, Daniel Franc, Vishal Patel, Christophe Lenglet, Bryon A. Mueller, Matt A. Bernstein, Bret J. Borowski, Clifford R. Jack Jr, Kelvin O. Lim, and Paul M. Thompson. Abstract: Annual Meeting of the Organization for Human Brain Mapping (2012).

Uncertainty of apparent white matter fiber tract size in DTI fiber tracking and region of interest analyses: A multi-resolution study. Daniel Franc, Christophe Lenglet, Gloria Haro, Paul Thompson, Bryon Mueller, Guillermo Sapiro, Kelvin O Lim.  Abstract: 14th Annual Meeting of the Organization for Human Brain Mapping (2008).

Simulations of DTI voxel size resolution on fiber tract measurements DT Franc, and KO Lim. Abstract: 16th Scientific Meeting International Society for Magnetic Resonance in Medicine (ISMRM) (2008).

DTI reveals widespread white matter abnormalities in Myotonic Dystrophy Type 1 and Type 2 populations. DT Franc, B Mueller, J Dalton, C Naughton, JW Day, and KO Lim.   Abstract: 16th Scientific Meeting International Society for Magnetic Resonance in Medicine (ISMRM) (2008).

Cortical thickness is correlated with tract-specific fractional anisotropy in Type I Diabetes. DT Franc, C Kodl, B Mueller, R Muetzel, E Seaquist, and KO Lim.   Abstract: 16th Scientific Meeting International Society for Magnetic Resonance in Medicine (ISMRM) (2008).

Microstructural abnormalities correlated with cognitive dysfunction in longstanding cocaine abuse. Daniel T Franc, Jeffrey R Wozniak, Bryon A Mueller, Sheila M Specker, Craig P Rodriguez, Amy B Silverman, John P Rotrosen, Kelvin O Lim.  Abstract: 15th Scientific Meeting International Society for Magnetic Resonance in Medicine (ISMRM) (2007).

Cortical thickness is correlated with tract-specific fractional anisotropy in Type I Diabetes. DT Franc, C Kodl, B Mueller, R Muetzel, E Seaquist, and KO Lim.   Abstract: 16th Scientific Meeting International Society for Magnetic Resonance in Medicine (ISMRM) (2008).

## SELECTED RESEARCH AND WORK EXPERIENCE

- Lecturer, UCLA Department of Neurology (2014)
    - Advanced training on the interpretation of advanced MRI techniques for patients presenting with acute ischemic stroke
- Lecturer, Neuropsychology Training Grant in Division of Pediatric Clinical Neuroscience. University of Minnesota. (2007-2008)
    - Offered lectures regarding neuroradiology, structural brain pathology in pediatrics and current neuroimaging research methodologies.
- Neuroanatomy Teaching Assistant (2006-2007)
    - Teaching assistant for several sections of medical student neuroanatomy
- Minnesota Medical Association, Member, Board of Trustees (2006-2007)
    - Participated in regular board meetings to guide this organization and attended several state and national medical association meetings as board member

## INTERESTS, ACTIVITIES AND LANGUAGES

- Has lived in Denmark, Sicily, Russia and Brazil doing health research as well as non-health related work
- Jazz music performance on saxophone
- Proficiency in Danish, Russian, Spanish and French

California Medical Evaluators
11620 Wilshire Blvd. Suite 340, Los Angeles, CA 90025
Phone: 888.853.7944 | Fax: 213.478.0550 | Email: info@calmedeval.com