# Dr. Judith Leone-Friedman, Psy.D.

5016 Parkway Calabasas • Suite 215 • Calabasas, CA 91302
(C)(818) 625-8511 • (W)(818) 324-3800 • leone@post.harvard.edu

LICSENSURE Licensed in the State of California (PSY#25712)

EDUCATION

| | |
|---|---|
| 2010 | Pepperdine University, *Malibu, CA*<br>Doctorate in Clinical Psychology<br>APA Accredited |
| 2001 | Harvard University, GSE, *Cambridge, MA*<br>Masters of Education |
| 2000 | Harvard University, GSAS, *Cambridge, MA*<br>Post-baccalaureate Program, (Psychology) |
| 1996 | Bryn Mawr College, *Bryn Mawr, PA*<br>Bachelor of Arts in Cultural Anthropology |

RECENT/CURRENT POSITIONS

| | |
|---|---|
| 2012-Present | SoCal Neuropsychology, Calabasas, CA<br>Director / Founder<br>Comprehensive, individualized pediatric, adult & geriatric Neuropsychological Assessment, Individual Therapy, Groups, and Consultation. Clinical and Forensic. |
| 9/2018-Present | University of California, Los Angeles *Los Angeles, CA*<br>Clinical Instructor (Voluntary)<br>UCLA Graduate School of Psychology |
| 2012-13 | Persona Neurobehavior Group, *South Pasadena, CA*<br>Consultant in Clinical / Forensic Neuropsychology |
| 2011-12 | UCLA Mary S. Easton Center for Alzheimer's Disease Research<br>Research Associate/Clinical Trials Rater (Genentech Trials) |

CLINICAL TRAINING

| | |
|---|---|
| 2010-2011 | <u>Post-doctoral Fellowship, Neuropsychology</u><br>University of California, Los Angeles<br>Semel Institute for Neuroscience & Human Behavior<br>UCLA Medical Psychology Assessment Center (MPAC) /<br>UCLA ADHD Genetic Study, David Geffen School of Medicine. |
| 2007-2008 | <u>Pre-doctoral Internship in Clinical Psychology</u><br>University of California, Los Angeles<br>Semel Institute for Neuroscience & Human Behavior,<br>David Geffen School of Medicine |
| 2006-2007 | <u>Doctoral Practicum as Psychology Pre-Intern</u><br>Children's Hospital, Los Angeles<br>Children's Center for Cancer and Blood Diseases |
| 2005-2006 | <u>Doctoral Practicum as Psychology Pre-Intern</u><br>University of California, Los Angeles<br>Semel Institute for Neuroscience & Human Behavior<br>UCLA Alzheimer's Disease Research Center (Mary S. Easton Center)/UCLA Medical Psychology Assessment Center (MPAC) |

RESEARCH

| | |
|---|---|
| 2006-2009 | <u>University of California, Los Angeles,</u> *Los Angeles, CA*<br>Mary S. Easton Center for Alzheimer's Disease Research<br><u>Dissertation Research</u>: *Verbal Fluency Performance in Amnestic Mild Cognitive Impairment, and Alzheimer's Disease.* (See article in *Archives of Clinical Neuropsychology, August 2013*). * |
| 2003-2004 | <u>Massachusetts Institute of Technology (MIT),</u> *Cambridge, MA*<br>Department of Brain and Cognitive Science / Children's Hospital Boston, Brain Development and Disorders Project<br>Research Coordinator |
| 2003-2004 | <u>Children's Hospital, Boston,</u> *Boston, MA*<br>Developmental Medicine Center<br>Graduate Research Assistant |
| 2001-2003 | <u>Harvard University / McLean Hospital</u><br>Psychology Research Laboratory<br>*Philip S. Holzman Ph.D. & Deborah L. Levy, Ph.D.*<br>Research Assistant |

| | |
|---|---|
| 1999-2001 | <u>Harvard University, Department of Psychology,</u> *Cambridge, MA*<br>*Mark F. Lenzenweger Ph.D., Professor of Psychology*<br>Research Assistant |

PUBLICATIONS & PRESENTATIONS

*Edmond Teng, Judith Leone-Friedman, Grace J. Lee, Stephanie Woo, Liana G. Apostolova, Shelly Harrell, John M. Ringman, and Po H. Lu. (2013). <u>Similar Verbal Fluency Patterns in Amnestic Mild Cognitive Impairment and Alzheimer's Disease</u>. *Archives of Clinical Neuropsychology,* 28 (5): 400-410 doi:10.1093/arclin/act039.

Robert R. Ajemian, Judith E. Leone, Emilio Bizzi. Unable To Attend: Motor Learning In Children During A Planar Reaching Task.  *Presented at the 2004 Society for Neuroscience Annual Meeting, San Diego, CA 2004.*

Deborah L. Levy, Gillian A. O'Driscoll, Judith E. Leone, Olga Krastoshevsky, Christopher B. Harte, Steven Matthysse, Philip S. Holzman, Nancy R. Mendell. Antisaccade Performance in Biological Relatives of Schizophrenia Patients: A Meta-Analysis. *Presented at the 2002 American College of Neuropsychopharmacology, San Juan, PR, 2003.*

Deborah L. Levy, Fei Ji, Ayse Ulgen, Michael Coleman, Christopher B. Harte, Judith E. Leone, Olga Krastoshevsky, Anne T. Gibbs, Dewon Shon, Steven Matthysse, Philip S. Holzman, Nancy R. Mendell. Quantitative and Qualitative Phenotypes for Thought Disorder; Implications for Linkage Studies of Schizophrenia. *Presented at The International Congress on Schizophrenia Research, Colorado Springs, CO, 2003.*

Nancy R. Mendell, Olga Krastoshevsky, Christopher B. Harte, Judith E. Leone, Anne T. Gibbs, Samantha Cook, Steven Matthysse, Philip S. Holzman, Deborah L. Levy. A Meta-analysis of Antisaccade Performance in Biological Relatives of Schizophrenia Patients. *Presented at The International Congress on Schizophrenia Research, Colorado Springs, CO, 2003.*

PROFESSIONAL AFFILIATIONS

- American Psychological Association (APA)
- International Neuropsychoogical Society (INS)
- California Psychological Association (CPA)
- Los Angeles County Psychological Association (LACPA)