

UNITED STATES OF AMERICA
Plaintiff,
v.
SRIRAMLOO KESARI, M.D.
Defendant.
Criminal No. 2:19-cr-00241

Defendant Sriramloo Kesari, M.D.'s Motion in *Limine* to Admit Expert Evidence of Cognitive Impairment to Rebut Specific Intent

Exhibit E