```
 1                 IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                            AT CHARLESTON

 3    _____x

 4    UNITED STATES OF AMERICA,        : CRIMINAL ACTION NUMBERS
                                       : 2:19-cr-00241-01 and 02
 5                    Plaintiff,       :
            -vs-                       :
 6                                     :
      SRIRAMLOO KESARI, M.D., and      :
 7    KRISTINA TRUXHALL,               :   EXCERPT
                                       :   KELLY CLARK, M.D.
 8                                     :   TESTIMONY
                        Defendants.    :
 9    _____x

10

11                     JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE JOHN T. COPENHAVER, JR.,
12        SENIOR UNITED STATES DISTRICT JUDGE, and a jury
                      TUESDAY, MAY 25, 2021

13

14

15

16

17

18

19

20

21

22
              Proceedings recorded by mechanical stenography,
23    transcript produced by computer.
                      _____
24                    CATHERINE SCHUTTE-STANT, RDR, CRR
                         Federal Official Court Reporter
25                         300 Virginia Street, East
                             Charleston, WV 25301
```

```
 1
 2     APPEARANCES:
       For the Plaintiff:            DERMOT LYNCH
 3                                   MARYAM L. ADEYOLA
                                     Department of Justice
                                     1400 New York Avenue, NW
 4                                   Washington, DC 20005

 5
                                     KILBY MACFADDEN
 6                                   Department of Justice
                                     Suite 500
 7                                   307 Grandview Drive
                                     Ft. Mitchell, KY 41017
 8

 9
                                     ANDREW B. BARRAS
10                                   Department of Justice
                                     Suite 400
11                                   207 Grandview Drive
                                     Ft. Mitchell, KY 41017
12

13
       For the Defendant,
14     Sriramloo Kesari M.D.:

15
                                     NELSON MCKOWN
16                                   DINSMORE & SHOHL LLP
                                     P. O. Box 11887
17                                   707 Virginia Street, East
                                     Suite 1300
18                                   Charleston, WV 25339-11887

19
                                     MICHAEL J. FERRARA
20                                   DINSMORE & SHOHL LLP
                                     Suite 300
21                                   191 West Nationwide Boulevard
                                     Columbus, OH  43215
22

23
                                     JOSEPH WILLIAM HARPER
24                                   DINSMORE & SHOHL LLP
                                     1900 Chemed Center
25                                   255 East Fifth Street
                                     Cincinnati, OH  45202-3172
```

**CONTINUED APPEARANCES:**

**For the Defendant,**
**Sriramloo Kesari M.D.:**

                                        **KRYSTA K. GUMBINER**
                                        DINSMORE & SHOHL LLP
                                        Suite 3400
                                        222 West Adams
                                        Chicago, IL 60606


**For the Defendant,**
**Kristina Truxhall:**

                                        **MICHAEL B. HISSAM**
                                        **ISAAC RALSTON FORMAN**
                                        **SKYLER A. MATTHEWS**
                                        Hissam Forman Donovan Ritchie
                                        P. O. Box 3983
                                        Charleston, WV 25339

```
1                              INDEX

2

     DEFENSE
3    WITNESSES        DIRECT      CROSS      REDIRECT   RECROSS

4
     KELLY CLARK, M.D.              5
5
      (EXCERPT)
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            (The following proceedings were held before the

 2       Honorable John T. Copenhaver, Jr., Senior United States

 3       District Judge, in the case of the United States of America

 4       versus Sriramloo Kesari, M.D., and Kristina Truxhall, on

 5       Tuesday, May 25, 2021, at Charleston, West Virginia.)

 6            (The following is an excerpt.  Proceedings preceded and

 7       followed but were not transcribed.)

 8            (Jury in.)

 9            (All counsel present, defendant Kesari and defendant

10       Truxhall present.)

11                            CROSS-EXAMINATION

12       BY MR. LYNCH:

13       Q.   All right.  From 2014 to 2018, Dr. Clark, you worked as

14       Chief Medical Officer for a company called CleanSlate; is

15       that correct?

16       A.   Yes.

17       Q.   Before I talk about CleanSlate, let me --

18            MR. LYNCH:  Let me ask you to pull up just so Dr.

19       Clark can see it, Exhibit 130.

20       BY MR. LYNCH:

21       Q.   Can you see this Exhibit 130, Dr. Clark?

22       A.   Yes.

23       Q.   In your practice with the Department of Justice, in

24       your consulting work, you have had occasion to look up the

25       Board of Medicine records for various doctors; is that
```

```
 1    correct?

 2              MR. FERRARA:  Objection, Your Honor.

 3              THE COURT:  What's the basis for it?

 4              MR. FERRARA:  Your Honor, this was subject to

 5    pretrial litigation.

 6              MR. LYNCH:  Respectfully, Your Honor, I think that

 7    this document was not, but I'd be happy to explain in a

 8    sidebar if it's helpful.

 9              THE COURT:  I think you'll need to.

10              MR. LYNCH:  Okay.

11         (Sidebar via headsets.)

12              MR. FERRARA:  Your Honor?

13              MR. LYNCH:  Your Honor, can you hear me?  Can you

14    hear me?

15              MR. FERRARA:  Yes, I can.

16         May I proceed with my objection, Your Honor?

17              THE COURT:  Go ahead.

18              MR. FERRARA:  Mike Ferrara on behalf of Dr.

19    Kesari.  This is a matter that was, in fact, the subject of

20    pretrial litigation, and it has to do with the sanction or

21    termination of Dr. Kesari's medical license.  The sole and

22    exclusive reason why that license was suspended or

23    terminated has to do with his cognitive impairment.

24         The Court ruled clearly, precisely on this issue.  This

25    inquiry is improper, Your Honor.
```

```
1              MR. LYNCH:  Your Honor, this is -- may I respond?
2    This document is not a summary suspension.  This is a
3    publically available document from the Board of Medicine
4    that simply shows the date that Dr. Kesari had a license and
5    when the license ceased to be valid.  This isn't going to
6    any of the reasoning from the Board of Medicine about why
7    the license was terminated.
8              MS. MACFADDEN:  Your Honor, additionally -- this
9    is Kilby Macfadden -- Dr. Clark has already testified about
10   the fact he was in India, that's he's licensed as a general
11   practitioner.  This is just codifying most of what she said
12   anyway.  Hence, we're getting in through this witness --
13             MR. FERRARA:  Judge, if I may respond?
14      You can see on the screen, the Court can see the same
15   thing I can see, it has the expiration date of the license.
16   The expiration date is tethered exclusively and solely in
17   Dr. Kesari's cognitive impairment.
18      We have no objection to Mr. Lynch inquiring about Dr.
19   Kesari's qualifications as a doctor or where he was
20   educated.
21      We do not need to do it with a piece of evidence that
22   expressly includes evidence that has been excluded by this
23   Court.
24             MS. MACFADDEN:  Your Honor, on -- the issues with
25   his license were initiated by the DEA-104.  So if it's not
```

1    an issue of cognitive impairment, hence, the consent order

2    is not here, it's just the Board of Medicine stating this is

3    a public record that this is Dr. Kesari -- this is his

4    general practice, and this is his location; he was a

5    licensed doctor and he had -- that was what it is.  He went

6    to school -- this is on the Board of Medicine website.  This

7    is readily available.  And the doctor has already been

8    testifying to --

9              MR. FERRARA:  Mike Ferrara.  What Ms. Macfadden

10   said is -- affirmative says, Judge, Dr. Kesari's DEA

11   registration was surrendered by the DEA-104.  That is not

12   what the document relates to.

13        This document relates to Dr. Kesari's medical license,

14   which was not issued by the DEA.  It was issued by the West

15   Virginia Board of Medicine.  That West Virginia Board of

16   Medicine license was valid all the way until it was

17   terminated due to his cognitive impairment.

18        There is no way to separate this exhibit that is

19   currently on the screen from the cognitive impairment

20   evidence that this Court has already excluded.

21        What Ms. Macfadden said about the DEA-104 is completely

22   and utterly irrelevant to this document.

23              MS. MACFADDEN:  Your Honor, if I could just

24   respond?  And I apologize.

25              THE COURT:  Let me mention to you, first of all,

1    this is the only time we are going to hear from two

2    attorneys on the same side.

3              MS. MACFADDEN:  Yes, Your Honor.

4              THE COURT:  Mr. Lynch should be handling this.

5              MS. MACFADDEN:  I agree.  And, I'm sorry.

6        He -- Mr. Ferrara made the objection and we had the

7    sidebar.  It's just to -- if you want Mr. Lynch to take the

8    argument, that's fine.  We don't need to say anything

9    further.  The document speaks for itself.  Thank you.

10             THE COURT:  The objection is sustained.

11       **(Sidebar ends.)**

12       **(Open Court.)**

13       (End of excerpt.)

14       (Proceedings followed but were not transcribed.)

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2        I, Catherine Schutte-Stant, Federal Official Realtime

 3   Court Reporter, in and for the United States District Court

 4   for the Southern District of West Virginia, do hereby

 5   certify that, pursuant to Section 753, Title 28, United

 6   States Code, the foregoing is a true and correct EXCERPTED

 7   transcript of the stenographically reported proceedings held

 8   in the above-entitled matter and that the transcript page

 9   format is in conformance with the regulations of the

10   Judicial Conference of the United States.

11

12        s/Catherine Schutte-Stant, RDR, CRR

13        _____  June 7, 2021

14        Catherine Schutte-Stant, RDR, CRR
          Federal Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25
```