# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:   8/25/2021                Case Number  2:19-cr-00241

Case Style                USA v. Sriramloo Kesari, M.D.

Type of hearing           Sentencing

Before the Honorable: 2508-Copenhaver

Court Reporter            Catherine Schutte-Stant                Courtroom Deputy  Mary Anne Williams

Attorney(s) for the Plaintiff or Government

Maryam L. Adeyola, Kilby Macfadden

Attorney(s) for the Defendant(s)

Michael J. Ferrara, Joseph W. Harper

Law Clerk                 James MacClure

Probation Officer    Michele Wentz

## Court Times

| Start Time | Stop Time | Court Time Description |
|:---:|:---:|:---:|
| 1:38 PM | 3:05 PM | Non-Trial Time/Uncontested Time |
| 4:18 PM | 5:18 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 02:27

## Courtroom Notes

1:30 p.m. case set
1:38 p.m. case called; defendant sworn; defense counsel reviewed presentence report thoroughly, defendant reviewed report and went over thoroughly with his counsel, counsel explained everything, defendant understands everything
Objections to presentence report
Arguments heard regarding all objections
Court exhibit - 51 letters filed
Court exhibit - video filed
3:05 p.m. recessed
4:18 p.m. resumed
Court made findings on objections
Taking findings into consideration, parties agree to TOL 10 and CHC I = guideline range of 6-12 months
Parties agree to all supervised release conditions
Court removed conditions at paragraphs 106, 114 and 122
Parties addressed the court prior to sentencing
Court takes into consideration 3553 factors
Defendant sentenced to 5 years probation with all terms and conditions set forth in PSR except those 3 court excluded, with six months home confinement to be served at defendant's son's home in Cincinnati Ohio to begin in 20 days
Fine $100,000 to be paid within ten days; Special assessment of $100.00 to be paid within 10 days
14 days to appeal
Defendant remains on bond
5:18 p.m. Concluded