Enerio Melis

1108 Skytop Circle

Charleston, WV 25314

August 21, 2021


Re: Dr. Sriramloo Kesari Sentencing

To:   The Honorable Judge John Copenhaver Jr.


I have known Dr. Kesari as a Partner in a Real Estate Apartments Partnership we started with another Partner as well in 1981 and which we sold last December 16, 2020. I can attest that during all these years we never had any disputes or controversies, and our collaboration was always excellent.


I know he had a very good medical practice as well as a commercial business of his own and that he has always been honest and outstanding.


He and his wife have always been good friends of me and my wife, he has always been a good husband and father.  He has raised three outstanding sons who are well respected in their respective professions and have families of their own now.


When I heard of this case, I couldn't believe that the charges which Dr. Kesari was accused of could be true because they are not consistent with the way I have known Dr. Kesari through the years.


I sincerely hope that at the time of sentencing the court considers this letter a true and honest testimony of Dr. Kesari's character and person and considers Dr. Kesari a valuable member of society and certainly deserving leniency in the sentencing.

Respectfully yours,

*Enerio Melis*

Enerio Melis

COURT'S
EXHIBIT NO. _1_
IDENTIFICATION/EVIDENCE
DKT. # 2:19-cr-241
DATE: 8/25/2021

**From:** Ryan Hager <rhager1911@gmail.com>
**Sent:** Tuesday, August 17, 2021 1:29 PM
**To:** Ferrara, Michael <Michael.Ferrara@DINSMORE.COM>
**Subject:** Dr. Kesari

# In regards to:

Dr. Sriramloo Kesari,M.D.
Charleston,WV

To The Honorable Judge John T. Copenhaver Jr.

Dear Judge,

My name is Wandell Ryan Hager and I have known Dr. Kesari since 1984.My mother worked for Dr.Kesari for 16 years.

Dr. Kesari was an outstanding member for the community for decades. He is a well respected physician , that was known to help the schools and little leagues.

He encouraged me to always study hard and do well in school and even helped by paying for most of my books when I went to college.

Thank you for taking the time to read my letter.

Sincerely,


W. Ryan Hager
58 Sherwood Circle
Hurricane,WV


Ryan Hager
INTUITIVE SURGICAL
(304)761-2875
ryan.hager@intusurg.com

August 6, 2021

From

Ramesh Hebbala
Priest, SDSV Temple
501 19ᵗʰ street
Dunbar WV 25064

To

The Honorable Judge John T Copenhaver Jr
District Federal Court
300 Virginia street E
Charleston WV 25301

Honorable Judge,

Please allow me to write here what I know of Dr. Sriramloo Kesari. When I moved to Dunbar from California to establish a temple for the Indian community in greater Charleston area, several members of the community sponsored obtaining Hindu deities. Dr. Kesari was one of them and he sponsored the deity Radha. Later he and his wife performed the ritual needed to install that deity. He invited many of his friends for this auspicious occasion, offered dinner for all of them and the celebration went very well.

I had bought the old high school building in Dunbar to establish the temple. Dr. Kesari very kindly came forward to help me with various kitchen items such as stove, sink and a platform needed for the sink. He ordered them and also paid for the labor to install them. It was indeed a big help that I was badly in need of. His loving heart became very clear to me then. He often visited the temple and has been one of its big supporters.

One year after his wife passed away Dr. Kesari invited me to his house to perform a traditional Hindu ceremony for the deceased. He did the ritual very seriously with full heart. His deep love for his wife was very evident to me then.

I humbly request you to consider Dr. Kesari's kind heart while making your esteemed decision on the sentence to be delivered on August 25.  Thank you very much.


Respectfully yours,

(Ramesh Hebbala)

To
The Honorable Judge John T Copenhaver Jr
Senior United States District Judge,
Charleston, WV

August 23, 2021

Re: Dr. Sriramloo Kesari

Dear Sir,

Dr. Kesari is a distinguished founding member of the Indian Center in Charleston, WV, and has been instrumental in bringing the Indian community together. He has contributed both monetarily and non-monetarily to organizations such as Bollywood Night, WV, which has supported groups that work with underprivileged populations, including Healthright and Manna Meal. He has always found time to provide encouragement to many, and has always praised good deeds and given helpful advice on career advancement. He is a loving father, grandfather, and husband, who diligently cared for his wife as she suffered with cancer for eight years. He always tried to find best treatment options for his wife and improve her quality of life while she was alive.

DR SUSHMA M REDDY
cell. 617 3601350
Email reddy 2912@gmail.com

Vineeyarga C Dyasad
Cell: 304 - 851 - 1740
email: nyipyasad@hotmail.com

D. M. JAYARAM M.D
304 - 610 - 9302
DMJAYARAM @ YAHOO. COM

Dr Rupali Songzanpurkar
- 410-693-6522

Mounita Banerjee
cell - 304-421-0241.
abhimov@gmail.com

INIYAVAN PUSAPALINGAM
337 5805399
iniya. push @ gmail.com

SRINIVASH R KASIREDDI
980-253-4726
KYESRAO @ GMAIL. COM

Abhijit Banerjee.
304-421-0127
Occupational Therapist.

VR Kanuri, (VENKAT KANURI,
304-688-0885
VKANURI@hotmail.com

TASLIMA MAHMOOD
304 617 2145

Jerry Thompson
P.O.BOX 851
Danville WV 25053


To the Honorable Judge John T. Copenhaver Jr.:


    I have known Sriramaloo Kesari for the past 17 years as an upstanding member of the community. I have worked with Dr. Kesari on and off for all of these years. Dr. Kesari has exhibited to me nothing but exceptional character, with a high moral obligation to those he serves.  He treated me and my employees with respect and always greeted us with a smile. If anything speaks to his character it's those many people he has positively affected in Boone with the medical services he's provided there for over 40 years and employment opportunities he's provided with opening of Hatfield Mccoy Quickstop and the mentoring and encouragement he provided his employees with tuition reimbursement for those who wanted to better themselves.  His excellent work ethic is a true example to all of us of how hard work coupled with compassion could propel someone from poverty to success. He expects the best out of people and holds them and himself to those high standards.

    Would be happy to discuss further and you can reach me at 304-951-4918.


Sincerely,

*Jerry W. Thompson*

Jerry Thompson

To: Honorable Judge Copenhaver

From: Nanda K Konanur and Kamala M Konanur

Subject: Sriramloo Kesari M.D.

Date: August 10, 2021

Sir,

We know Dr. Sriramloo Kesari from past 32 years, ever since we moved to West Virginia from North Carolina. Within couple of weeks after we relocated to West Virginia we met Dr. Kesari first time in a social gathering and we introduced ourselves that we were new to Charleston area. He was extremely friendly and offered us any help needed to settle down in Charleston area.

From past 32 years we have come across time and again Dr. Kesari's dedication and involvement in the community to help for the needy cause. He was very instrumental in raising funds for India cultural center. He was one of the first persons to donate generously for the India center construction project. His generosity inspired a large number of West Virginians to come forward with not only financial support for the construction project but also dedicated continuous community service.

Dr. Kesari's dedication to serve the community even to this day is recognized and appreciated.

We request to show leniency to Dr. Sriramloo Kesari.

Sincerely,

Nanda K Konanur

*NKKonanur*

Kamala M Konanur

*Kamala Konanur*

August 22, 2021

To the Honorable Judge Copenhaver,

I'm writing to advocate for Mr. Kesari. While I cannot speak to Mr. Kesari's professional career, I can speak to his astounding character in our community. Mr. Kesari is the epitome of a positive pillar in the community. He is and always has been focused on making a positive difference and caring for all those around him. Mr. Kesari is a founding member of the India Center which has provided numerous fundraisers for countless non-profit charities in the state of West Virginia. Mr. Kesari focus and investment towards improving our community is clearly evident.  Mr. Kesari is a wonderful father and grandfather. I've witnessed his involvement and commitment to being present for his grandchildren's activities and other family events. Mr. Kesari is the elder of his family and often the glue that keeps it all together. He is kind hearted and cares about others more than most. Mr. Kesari is a positive role model in our community and in the lives of his family and friends. Please consider these words as you make an extremely impactful decision that not only effects Mr. Kesari, but his family, friends, and the community.

Thank you for your time and consideration.

Kate Walther

Kiran Kesari
112 Waverly Street
Morgantown, WV 26505
August 14, 2021


Re: Sriramloo Kesari


To: The Honorable Judge John T. Copenhaver Jr:

Sriramloo Kesari is the best example of an honorable man, in the opinions of myself and
countless other friends and families who have benefitted from their association to him. My
father informed me about this case, and I was dumbfounded afterwards. My grandfather has
never broken any laws, cheated to get ahead, or even attempted to take advantage of other
people or situations for personal gain, which so many people in this world make a habit of
practicing. While I understand the level of severity that comes with this case, I hope that after
reading all of these character letters, that you will see as clearly as everyone else in his life how
much of a role model for good my grandfather truly is.

He goes above and beyond the norm for supporting one's family and has never stopped being a
father to his three successful, appreciative, and loving sons. At one point in time while growing
up in Charleston, my immediate family consisting of my father, mother, brother, and sister, all
lived under my grandfather's roof for nearly a year while we didn't have a home. He took us in
without hesitation, and it goes to show just how dependable and there is he is for his family.
Family is far from the only people in his life that he supports, however. In the community,
Sriramloo Kesari is extremely philanthropic, charitable, and generous. The India Center, located
in South Charleston, has received thousands of dollars in charitable giving from my grandfather.
In his personal business, he's paid for the professional schooling of many of his employees at
Hatfield-McCoy Quick Stop in Danville, West Virginia. Those people have gone on to achieve
great careers, from work related to business to health care. He's even gone as far as to not
financially charge people for the medical care that they received from him at his medical
practice. He cares more about doing the right thing than making an extra buck.

It is my absolute, sincerest, and only hope from all of this that the court considers this letter at
the time of sentencing. Despite the current case, I know my grandfather, and he is the man I
aspire to be in the future, without question or hesitation.

Sincerely and respectfully,


Kiran Kesari

August 23, 2021

The Honorable John T. Copenhaver, JR., Senior Judge
United States District Court for Southern West Virginia
P. O. Box 2546
Charleston, West Virginia 25329-2546

Honorable Judge Copenhaver,

This is Laxmi N Kesari brother of Dr. Sriramloo Kesari. I am a Chemical and Environmental engineer and worked for 36 years with USEPA and IEPA in Enforcement division with the responsibility of implementing Air Pollution regulations. My brother Dr. Sriramloo Kesari and I migrated to this country with great aspirations to develop our families and serve the community where we live. My brother is a very responsible, loving and caring person. From my childhood, he has encouraged and supported me in my efforts to develop my professional and social life and helped me in settling in my life. In the beginning of his career as a doctor, He chose to work in an underserved community such as Madison, WV, even though he had several opportunities to start his medical practice in Northern Virginia where I live now. I distinctly remember our discussions at that time - he wanted to serve the community and was very much interested in the development of community. As a specific example of his commitment to health care of the community, he decided to build a diagnostic center and medical clinic in Madison, WV so that he can bring various specialists from Charleston, WV to serve the community (in those days Madison was a remote place which had no easy access to Major cities) taking a great financial risk. I was very much involved in developing and building the clinic, so I have first-hand knowledge about his dedication to the community.

He is a very committed and dedicated husband, father, and a brother. Due to his commitment to the family, he encouraged his children to become outstanding physicians. He encouraged our youngest brother and supported him financially and emotionally to become a Physician and work in Veteran administration in Beckley, WV to serve the community. He is also a firm believer in giving back to the society which made him what he is today. So, he is very much active in various charitable activities in India and West Virginia. While taking care of his immediate family, he has extended his support and motivated our extended family members to become responsible citizens by getting into medical field. Now, in our family there are about 30 people have chosen to become physicians. This is one of his intangible contributions to the various communities and to the country.

It is beyond my comprehension to believe that my brother has committed any wrong doings in anticipation of financial gains and /or intentional. I firmly believe that if any wrongdoing happened, it must be unintentional and misunderstanding. Therefore, I request you to extend maximum leniency allowed in sentencing under the law, considering his contribution to the immediate community and to the county and his clean record as responsible citizen.

Sincerely,

Laxmi N Kesari
1170 Reston Ave
Herndon, VA 20170
703-408-1091

To: The Honorable Judge John T. Copenhaver Jr.

Your honor, my name is Sateesh Kesari. I am the second son of Dr. Sriramloo Kesari. I am an Advanced Heart Failure and Transplant Cardiologist. I am the director of Advanced Heart Failure, Ventricular Assist Device, and Pulmonary Hypertension programs at Trihealth network of hospitals. This is a character letter regarding my father.

My father was born into a large family under humble circumstances in India. His mother, my grandmother, worked relentlessly and saved all her money to be able to send almost half of her 9 children to college. My Father built on this support and worked diligently to complete medical school in one of India's prestigious medical college. He braved the journey to the United States of America with little or no financial support. After completing internal medicine residency training, he chose to establish a medical practice in West Virginia. Over decades he built deep seated roots in the community.

My father gave my two other brothers and I a wonderful childhood. He led by example. His hard work, family values, and dedication to his family and patients were evident daily. He was a patient father and despite working hard, always made time for us. We grew up in a house full of love. Throughout my life, he has impressed on me the value of making an honest living and giving back to others.

My father supported me during college and medical school. He was constant presence and guidance during my rigorous training in internal medicine residency, cardiology fellowship, and then later fellowship in Advanced Heart Failure and Transplant Cardiology. There is no doubt in my mind that all my success at work came from his direct guidance and support. Additionally, he orchestrated/facilitated the education and immigration of multiple family members on his and my mother's side of the family

On a personal level, he has always been there for me. I speak to him multiple times a week, even more since the loss of our mother. Over the years he has advised me on how to better father to my children and better husband to my wife. My family, in a large part my Father, is what helped me balance multiple work and family responsibilities. He has guided me through multiple personal ups and downs.

One of the most amazing things about my Father is the love he had for our mother. He had been married to her for 50yrs at the time of our mother's passing. They were extremely close and travelled the world together. They kept close friendships and truly enjoyed each other's company. They grew closer and closer each year. My father took care of his wife, our mother, for 8 yrs of her illness. When our mother's illness took a turn for the worse, he continued to be her primary caretaker and insisted on it. An impossible task of daily bathing, feeding, assisted walking, and emotional support. He was happy to do so and stayed by her side through it all. They shared a love that did not wane during her illness.

Judge, please consider the lifetime he has spent bettering the lives of his employees, patients, relatives, children, and grandchildren in your ruling.

Sincerely,

Sateesh Kesari MD FACC

Tejas Nayak & Sheetal Kesari-Nayak
11211 Poplar Creek Lane
Orland Park, IL 60467
630.729.4024
Sheetalkesari22@gmail.com

August 22, 2021

To:
The Honorable Judge John T. Copenhaver, Jr.
Senior United States District Judge,
Charleston, WV

Re: Dr. Sriramloo Kesari aka, Uncle Ramloo

Your honor, we are Sheetal and Tejas Nayak, Director of Recruitment and Financial Advisor out of Illinois and we take great pride and joy to write to you about our dear uncle, Sriramloo Kesari. Sriramloo is Sheetal's uncle and takes the lead in writing this letter to reflect on our uncle.

I have known Uncle Ramloo for 35 years. Uncle Ramloo was there for my parents to help my father, Prabhakar Kesari navigate into parenthood. He was happy to have another niece join the family and since I was born, he has always been my uncle to go to. He always put a bright smile on my face, gave the warmest of hugs and best laughs. He was an important part of family's journey to come to America from India. Without his dedication, time, energy, love and compassion to bring his 8 other brothers and sisters to America, we would not be here. We dedicate and owe our well-established lives to our uncle Ramloo.

Uncle Ramloo is a wonderful and loving human being who puts his family first and secondly education. He has helped many of our family members pushed into the right direction to have a great foundation towards education and value the meaning of life. He would often ask, "What will you be remembered by? What legacy will you leave behind to your family, friends and humans." Uncle Ramloo was a loving soul who practiced medicine with passion and dedication. He contributed 40+ years into medicine and has been a mentor for our family and his owns sons & grandchildren. My children look up to Uncle Ramloo because of his loving characteristics, his great smile and love for everyone. He truly never means no harm to anyone and wants the best for everyone. He is in the world of medicine because he wants to help others, do better and continue to contribute to making sick individuals get better.

Uncle Ramloo is a family oriented human being. His late wife, my late aunty Saroja and himself were a wonderful loving and caring couple. They looked at the good at every single human being and never spoken ill about anyone. They were both dedicated to one another, to help one another's family grow in America and be successful. Whether it was for advice,

money or just a good laugh, both aunty and uncle were there for us. When Aunty Saroja fell ill with Pancreas and Liver Cancer, it shattered our worlds but most importantly it had shattered Uncle Ramloo. He did whatever and anything to provide the best cancer treatments which resulted to move to California. Uncle Ramloo spent day by day next to his wife to make sure she was taken care of with the best treatments and spend her last years in best of comfort.

70 years of marriage Let that sink in; 70 years of marriage, support, love and commitment Day in and day out supporting one another and Uncle Ramloo lost his wife in 2020 that broke him. He is grieving still 'til this day and with this pandemic, it has been terrible to him to provide the support and comfort him in person. However, Uncle Ramloo has been still there for his family, his three sons and daughter in laws along with 8 of his grandchildren.

Uncle Ramloo, as I mentioned, is a family orientated person. He is the oldest brother for his siblings and played an important role to help mentor his younger siblings. He assisted my father, Prabhakar Kesari to come to the US and build a foundation to start a family and employment in the US. Uncle Ramloo has always been encouraging but it always not about about education and working hard to your future. Uncle Ramloo also had an important role to take care of his parents which are my paternal grandparents. He made sure they were well taken care of while staying in the US before their passing in the 90s, which truly gave me the wonderful memories to spend with my grandparents as I was a child. This is just a few of the things he has done for our family.

Another trait that Uncle has is his passion to giving back to the community. For many years he has dedicated his life to many charities around Charleston. He is one of the founding fathers for the India Center, a cultural and community hub. This center participates in charitable programs for the underprivileged in Charleston. For three decades now, he has dedicated and supported India Center financially and volunteered many hours with programs and in addition was able to fund many students through their education.

Uncle Ramloo is also a man who enjoys having fun. He has a passion for traveling, eating at great restaurants and what he may be most known for is his passion for dancing. He would encourage everyone to enjoy life, dance at our family parties and let "loose". He always words hard to enjoy life. Without Uncle's footwork on the dance floor, our family parties would unbelievable boring.

My husband, Tejas Nayak met Uncle Ramloo back in 2011 when we were engaged to get married. They both hit off very well as they have the interest in the stock market and financial planning. They connected every single time to discuss the markets, what to invest and what not to invest. It wasn't about making quick money though; it was to help secure a good future for our family and not be in a rut. Uncle Ramloo was extremely intelligent and knowledge even outside of medicine. It was always a pleasure to have in-depth conversations with him.

Your honor, Sriramloo Kesari is a wonderful, honest, and humble soul. He loved his parents, brothers, sisters, wife, sons, daughter in laws, grandchildren, nieces, nephews, and cousins. His personality has zero intentions to hurt anyone and to always look at the best in anyone. He practiced medicine out of love and dedicated to make sure humans continues to excel in a positive direction. He cared for human beings more than anyone that I know, and I can sit here to write pages and pages of words because it is endless how much he has done for our family.

Your honor, I **beg** you to consider my letter in your decision. At the almost age of 80 years, this is his time to spend his years with us, grieve properly from his late wife's death and add long lasting memories for his 8 grandchildren and the additional family members. His grandchildren already have lost an important person in their lives which is their grandmother due to the cruelty of cancer, they their grandfather at this time. His children need him, and the community needs a dedicated human being such as him to continue to spend time with charities and volunteer programs. Please consider these factors that was mentioned into this email in your decision. Uncle Ramloo is a humble, selfless, loving soul that this world needs more of each day. I promise you that he never wants to make anyone suffer or hurt anyone intentionally.

Thank you for allowing me to express and reflect on my uncle. It truly is an honor to write about my uncle, Dr. Sriramloo Kesari and has made me appreciate more than ever how much he means to me and everyone he surrounds himself with. Stay healthy and well. Thank you again for taking the time to read this.

Sincerely,

Sheetal & Tejas Nayak

Hemalatha Gajjela
6405 Manor Dr
Burridge Il 60527
630-450-0189

August 22nd, 2021

To:
The Honorable Judge John T. Copenhaver Jr.
Senior United State District Judge,
Charleston, WV

To: Honorable Judge John T. Copenhaver Jr.

Dear Honor,
I am Mrs. Hemalatha Gajjela, the niece of Dr. Sriramloo Kesari.  I am Administrator to Healthcare company, I am writing this character letter on behalf of my uncle, Dr. Sriramloo Kesari. I have known my uncle my whole life and he has always been an individual who will go the extra mile to assist his family. He grew up in a home with nine siblings, his parents, and extended family members. He has always been someone that has shown kindness and responsibility when taking care of others.

While my uncle was living in West Virginia he made great efforts to come back to Chicago, where most of his family lived, to come spend time and support us. He's always been a part of our life with good motivations and encouragement. He's been a role model not only to his own kids but also to his extended family including, his brothers, sisters, nieces, nephews, grand children as well as to his siblings grand children.  Mostly I was very fascinated by his courageousness. While his wife was diagnosed with cancer he spent every second devoted to helping her, he was by her side all the time taking care till last second of her life. He has gone sleepless nights to take his wife for last 5-7 years. He has showed this same love and devotion to everyone that he has met. It is so amazing he has courage to stand by whomever is in need of assistance, family or not.

I ask you to please consider to release my uncle,

Sincerely,

Hema Gajjela

To the honarable Judge Copenhaver,

I have known Dr. Sri Ramloo Kesari for the last 28 years as a family member since I married his niece. He is an ethical, kind, and compassionate gentleman. He is well regarded in the family and the community. I have had a chance to interact with him in several family gatherings and learned a lot of good things from him. He has raised 3 smart, and very successful sons and has helped many family members. I was really touched by the way he cared for his wife during her life threatening illness. Dr. Kesari is one of the role models for many in the family and community.

Thanks very much!

Best,

**Satheesh Kathula, MD, FACP**
**Clinical Professor of Medicine**

Prabhakar Kesari
Radhika Kesari
7422 Figura Drive
Justice IL 60458
PrabhRadha@gmail.com
August 18th, 2021

To:
The Honorable Judge John T. Copenhaver, Jr.
Senior United States District Judge,
Charleston, WV

Re: Dr. Sriramloo Kesari

Hope this letter finds you well, your honor! My name is Prabhakar Kesari and my wife's name is Radhika Kesari. Dr. Sriramloo Kesari is my eldest brother and brings great honor to have the moment to speak to you about him.

I have known my brother all my life and has been a mentor in my upbringing. He and his now late wife, Saroja Kesari, my sister in law have been a positive role model to my wife and me. This situation he is in is unbearable to understand and frankly things are misspoken against him. Mr. Sriramloo Kesari is a hardworking, loving individual that influenced our family in the past and continues to influence our family & the future Kesari family generations.

Sriramloo is an advocate to do better in this world; treat others with respect. He is passionate about giving back to the community and was a founder of India Center in Charleston which I have had the pleasure to attend in the past. He is dedicated to support our Hindu Temple and attracted many others to provide spiritual bastion. This is a personality trait that is rooted from childhood to present day. It is something that I deeply admire about him.

We come from a poor family back home, it was extremely rough the conditions we had faced. Regardless he supported my parent's wellbeing and against all odds obtained a medical degree to practice medicine. Even while studying he was still taking care of me and my 8 other siblings + parents. His dedication to family and his career was admirable. This is something he never took for granted and wanted to continue to help others, so he provided education to those in need. To present day, he continues to take care of our family in many ways. As my sister in law (Saroja) was battling Pancreas and Liver Cancer, his devotion to her and wellbeing was truly heartening. That is the type of individual my brother is. He dedicates his life to individuals that he truly loves and gives his utmost attention to them. It was floor shattering to see his wife battle cancer but stood beside her every step of the way with encouragement and positivity all around.

Sriramloo Kesari is an individual that is selfless, disciplined, reliable, resilient, and caring. This is an individual that is a positive influence on the world to help those struggling whether its with health or financial situation; he is far from being selfish. He wants to leave this world with a legacy that he has helped others. He has sacrificed a lot and at this time he is still grieving his late wife who he was devoted to the last 70 years. My brother is a family man that he has raised 3 extremely well-rounded sons that have their families of their own. His parenting has carried on to his sons to their children. He deserves to spend the next years with his family as he dedicated so much of his life to his professional career.

Our brother (in-law) is not a cruel individual and does not mean harm. He is the life of the party and has been supportive in all aspects of my life, my wife, and children. He has been a powerful influencer to my daughters, Sheetal and Anupama Kesari who have nothing but pure respect for this individual. I am asking your honor to consider these factors in your decision making.

We thank you for allowing the opportunity to voice our thoughts about this loving and charismatic brother of ours. We appreciate your time.

Sincerely,

Prabhakar Kesari

Radhika Kesari

Dear Judge,

Hi, my name is  am 14 years old and the daughter of Sateesh Kesari and Puja Srivastava, and the granddaughter of Sriramloo Kesari.

My grandpa (I call him Tha-tha), is exceedingly kind and generous. I've known him my entire life and often visited him since he lived pretty close. I know Tha tha well and I have seen how hardworking and determined he is. But he's not only a hardworking doctor, he's also a family man.

My grandmother, (his wife) got diagnosed with liver cancer when I was 5 years old. At the time the cancer wasn't that bad. Of course because of my age I had no idea that my grandma was suffering. But as time went on it only got worse. The cancer was becoming more and more fatal each month. She started chemo and lost a lot of weight and her hair. He moved in with me and my family in Cincinnati for a while so we could spend time with my grandma and help him take care of her.
Then the cancer got even more bad so my grandpa brought her to Los Angeles for treatment for over 6 months. I remember while he was staying with us that he would spend all of his time with my grandma. Watching movies together, making sure she took all of her medicine, making sure she ate her food, and loving her with every ounce in him. Unfortunately while they were in Los Angeles she passed away.
I first hand got to see what an amazing bond my grandparents had and how good natured and compassionate my tha tha is.

I know how my grandpa has helped people with school, college, and even offering his home as a place to live. But that's not my story with him, my story is personally watching him care for my grandma and my family. He's a good man who is responsible, funny, and a good hearted person who's only motive is to treat and help people.

I sincerely hope that you allow Tha tha to continue being the amazing grandfather, father, and friend he is.

Thank you

1

**PACIFIC NEUROSCIENCE INSTITUTE®**

Santosh Kesari, M.D., Ph.D., F.A.N.A, N.B.P.S.
Chair, Department of Translational Neurosciences

PACIFIC NEUROSCIENCE INSTITUTE
SAINT JOHN'S CANCER INSTITUTE
PROVIDENCE SAINT JOHN'S HEALTH CENTER
2200 SANTA MONICA BOULEVARD
SANTA MONICA, CA 90404
PHONE: 310-829-8265
FAX: 310-582-7287
Email: santoshkesari@gmail.com

August 18, 2021

RE: Dr. Sriramloo Kesari

To: The Honorable Judge John T. Copenhaver Jr,
Senior United States District Judge, Charleston, WV

I am the oldest of 3 sons of Dr. Sriramloo Kesari and Mrs. Sarojini Kesari (deceased). I grew up in various small towns in WV including Wharton, Madison and eventually went to high school in Charleston. My dad practiced family medicine and helped the coal mining and other underserved communities for over four decades and provided extensive free care over the years and never turned away patients that could not afford care. I observed my dad as a child over many years and he was beloved by his patients and community and only did things in the best interest of his patients all throughout his career. My brother and I were inspired to become doctors and have successful practices in other states. I turned out to become a neuro-oncologist taking care of cancer patients and trying to improve their lives with advanced clinical trials.

My father has been a devoted husband to my mom and a loving father to us and has the highest ethical character and has given his time and money to help others in communities in WV as well as in India. He has had cardiovascular disease including several heart attacks, stents and coronary bypass grafts in the past 2 decades. The family has noticed memory, comprehension, and communication issues for many years and has been more formally diagnosed with mild-moderate vascular dementia in 2019. While he seems and looks well, we need to repeatedly explain things and have been encouraging him to fully retire for several years which he has been trying to do but has had difficulty transitioning his patients because of lack of providers in underserved areas.

When my mother was diagnosed with a terminal liver cancer with life expectancy of <2yrs, I had her come to California to get her surgery and various advanced clinical trials with a team of expert doctors at several large academic institutions over the years. She had repeated bouts of recurrences over the past 8 years and my father immediately brought her back whenever needed. His attention and commitment are the reason she survived 8yrs. My father took care of my mother including all her doctor's visits, her personal care (my mother did not want nurses or other family to help) and provided tremendous emotional support for her to keep fighting. Despite my mother's continued functional decline since 2019 to being fully dependent on my dad, she wanted to keep fighting to be able to see my father thru acquittal. The DOJ's overreaching, biased, and cruel pursuit of a case against my father created a tremendous amount of emotional and psychological burden on my mother as well as my father. Unfortunately, she died with that burden which will continue to haunt our whole family-a sentence worse than anything else imaginable.

The past 2 years of this process has been an injustice and emotional trauma to my father, beloved mother's memory, and our family. Despite the clear evidence that my father had no criminal intent or even committed a crime, we have had to endure an unjust, biased DOJ prosecution. My father has already been on probation for past 2 years, and we hope that in the interest of justice, that you will overturn the verdict and provide for leniency so that my father can the spend duration of his life doing charity work here and in India to memorialize my mother's legacy.

Sincerely,

Santosh Kesari, M.D., Ph.D., F.A.N.A
Chair, Department of Translational Neurosciences
Professor of Neurosciences

Swarna Kesari
8030 West 85th Place
Justice, IL 60458
708-430-5693
swarnakesari@yahoo.com

Date: 08-22-21

To: Honorable Judge John T. Copenhaver Jr.
Senior United States District Judge,
Charleston, WV

Your Honor, my name is Mrs. Swarna Kesari and I am one of the nieces of Dr. Sriramloo Kesari. I am writing this character letter on his behalf. I have known him my entire life starting in Hyderabad, India. Since I immigrated to the US on 12-11-1981, he has been very supportive of me. We are a very big family and he would make sure to stay in touch with me. Whenever we would meet in person, he always asked how my children were doing and provided them with educational advice. He also taught them the importance of culture, family value and morals. He always made time for and wanted us to be successful.

My aunt (his wife) recently passed away in April 2020. Due to the COVID-19 pandemic, we were unable to be there for him when he has been there for us for so long. Dr. Kesari is a very family oriented person and maintains communication with all siblings, nieces, nephews, extended family and friends. He is very well respected in the community with both his medical work and also religious work in the Hindu temple. He has always cared for everyone that is around him and wants them to be at their peak potential. He has a very kind heart and is an amazing grandfather to 8 wonderful grandchildren.

I am writing this character letter in the hope that you please consider my statements in your deliberation.


Sincerely,

Swarna Kesari

1

Vamhi Kesari
1455 Holly Heights Drive apt. 7
Fort Lauderdale Fl. 33304

To the Honorable Judge John T. Copenhaver Jr.:

"No Man's life can be encompassed in one telling. There is no way to give each year its allocated weight, to include each event, each person who helped to shape a lifetime. What can be done is to be faithful in spirit to the record and try to find one's way to the heart of the man...."

My father Sriramaloo Kesari was born in 1942 in a small village in India. He and his family moved to the city of Hyderabad sometime later for better work and educational opportunities. My grandmother was the matriarch of the family she raised 9 children in a very poor environment with no assistance. She had a 7th grade education and was still able to establish several businesses to provide for her family. She understood the importance of education and instilled that in all of her children. My dad took this to heart and worked diligently to educate himself and was accepted to medical school at Osmania university in Hyderabad. He later immigrated to America leaving his wife and 3 small boys to pursue medical residency program in Chicago Il and the American dream. After graduating residency, he drove to southern WV in the fall to follow up on an opportunity to provide rural healthcare to local communities who did not have access to medical care. I asked my father years later why WV. He said he fell in love with the beautiful scenery and people of WV and wanted to raise his family there. We would reunite with him 3 years later in southern WV. We lived many places in southern Wv and my father worked at different regional hospitals like Logan General and Boon Memorial. He eventually established his own clinic (Ram diagnostic Center) in the late 70's and early 80's in Madison WV.

At Ram Diagnostic Center he provided Family medicine Care to the local community. He even provided opportunities to his staff for continued education and opportunities and even assisted in college tuition payment for one his staff's son so he could attend Marshall university. Ryan Hager graduated Marshall University and is a successful salesman in the fossil fuel industry. He and his mom Beverly Hager are still close family friends, even all these years later. Dad was involved in the community and supported local baseball teams with new uniforms, attend city council meetings, provided monetary funds to Boone Memorial Hospital on the outreach initiatives and helped to employ and encourage those around him.

He was a founding member of the India Center which thru its initiatives supports the local community. India center raises money for several other nonprofits like KPCC, Manna Meal and United way. He started another business in Boone county also. The Hatfield Mccoy quickstop which provided employment opportunities and for those who wanted to achieve more he paid for their education.

Dad's philosophy was the more people you can make successful the more successful you are and he made a lot of people successful.

I am still confused with this outcome in my dad's case. I hope the honorable judge sees the error and reverses this decision. In any case I hope justice is not blind and hope you can see the man that I know and love, that he has contributed to his community, family and friends.

Thanks
Vamshi Kesari

304-741-4469

To
The Honorable Judge John T. Copenhaver Jr.
Charleston, W.V.

Re: Character reference for Dr. Sriramloo Kesari

Your honor,

My name is Kamalakar Miryala and I'm the brother-in-law of Dr. Sriramloo Kesari. I first met Dr. Kesari in 1970 just prior to my sister's wedding celebrations. Dr. Kesari was handpicked for my sister and I could not be more proud of this alliance after meeting him and his humble family. In our village back in India, doctors are looked up to as second to god and Dr. Kesari is nothing short of this honor. He went into this profession to save lives and spread the happiness to the community around him and we have seen him do just that.

Our family has looked up to Dr. Kesari for his hard work, integrity, compassion, and dedication to not only his family, but also to his community and to this country. He believes in this country so much that he has sponsored the immigration for our entire family from India back in 2001. Even though he had nothing to gain from helping us immigrate from India, he did so because of his generous and selfless nature. After moving to Detroit in 2001 we have frequented many visits (at least once a year) to Charleston, WV and quickly saw through local community events how involved he was in the local community and how respected he was among his friends and colleagues. One could tell that kind of recognition and respect is not easy to earn and could only be possible because of his dedication to the community. Ever since we arrived in USA, he has been a guide and mentor for getting advice on various issues. I have even purchased my house in 2011 after consulting with him. I always remember my fireside chats in Detroit, MI where he talked about leading a life of rich values, where money wasn't always rewarding, and I am forever indebted to Dr. Kesari for his selfless teachings and generosity to help. I am now a proud father of two daughters who are leading productive careers and are well settled in the United States thanks to the efforts from Dr. Kesari and his family.

I would like to end this letter by saying just one thing -it has been an honor to have known Dr. Kesari for over 50 years and he has always displayed a high degree of integrity and responsibility. There is absolutely no doubt in my mind that Dr. Kesari would always do the right thing for his patients and for the society around him without any ill intentions.

Thank you for taking time to read this letter and I hope you can also see how humble, selfless, caring, and loving person he truly was.

Sincerely,

Kamalakar Miryala

Krishna Kumari Miryala

Ashwini Venkatachalam

Harini Miryala

Ashok Kumar Ravulapati
Nirmala Devi Ravulapati
4117 Royal Mews Circle
Naperville, IL 60564
630-915-5144
ashokravulapati2@gmail.com

August 23, 2021

To:
The Honorable Judge John T. Copenhaver Jr.
Senior United States District Judge,
Charleston, WV.

Re: Dr. Sriramloo Kesari

Your honor, I am Ashok Kumar Ravulapati, retired living in Naperville, IL and my wife Nirmala
Devi Ravulapati take a great honor to write to you about Dr. Kesari moral, ethical and character
standing in the community.

I, Ashok Kumar Ravulapati, is the brother-in-law of Dr. Kesari and I have known him for over 43
years and my wife Nirmala Devi Ravulapati is the sister of Dr. Kesari has known him all her life.

Dr. Kesari is exemplary in his profession as a doctor and compassion for his family when they
are in need of help is unmatched. When we were struggling financially in 2010, Dr. Kesari
helped us because of his love for his sister and nieces and nephews.

When I was in the hospital in critical condition in 2013, Dr. Kesari immediately came to Chicago
to be there for my sister and children for support and provide his medical expertise with my
doctors knowing my health conditions and wanted to make sure I receive the best treatment and
recovery and ensured my family was taken care of with whatever we needed at this time.

Dr. Kesari was born into a poor family with many siblings, despite his upbringing, he excelled in
education to graduate as a physician. Dr. Kesari took care of his parents, siblings and other
family members. He is a devoted father and grandfather and he took impeccable care of his
ailing wife. She was diagnosed with Pancreas and Liver cancer, which indeed was terminal. He
stood by her through many surgeries, radiation, and chemotherapy sessions. She survived for
eight years despite all odds, a testament of his devotion, love, and personal care. He travelled
to California to provide her the best cancer treatment available. Unfortunately, she departed just
over a year ago that truly left him heartbroken and devastated.

At close to 80 years of age this is time for him to retire and reflect on his life. I beg your honor to
take all these factors into consideration in making a decision.

Thank you very much for allowing our thoughts about this good person, who selflessly catered to all those around him.

Sincerely,

Ashok Kumar Ravulapati

Nirmala Devi Ravulapati

From
Damodhar P. Reddy
8712 Shadycreek Dr.
Centerville; Ohio-45458
To,
The Honorable Judge John T. copenhaverJr, Senior United States District Judge
Charleston,WV.
Re: Dr. Sriramloo Kesari

Your Honor, I would like to state and submitte the following for your
kind consideration. My name is Damodhar P. Reddy and I married to
Dr. Sriramloo Kesari's younger sister Saraswathi in May 1961, since
then I know him and all his family very closely. While pursuing his
Medical Degree he used to work hard to support his family and as a
matter of fact he helped financially towards my marriage expenses when
I was getting married to his sister. After graduating from Medical
School while practising in India,he never demanded any fees from
patients he treated, rather he used to accept whatever a patient can
afford to pay and was very generous to his patient treatment. He got
married to Saroja in 1970
I came to the USA in 1980 with my wife Saraswathi and my daughter.
Dr.Kesari helped me in buying an air ticket travelling from India,
then he was practicing medicine in Madison WV.
Whenever we visit him he used to invite us very affectionately with
love and respect.
Dr. Kesari and his wife Saroja raised their three sons as good
citizens with moral and family values and were very liberal helping
the community, fellow neighbors and involved in many charitable and
cultural events.
Unfortunately his wife Saroja was diagnosed with cancer and ever
since, he took care of her
with great care. He used to go to California with his wife to get
better treatment. He tried to help her in all the possible ways to get

1

treated for her disease for about 8 years, unfortunately Saroja departed from him little over a year ago which very much broke his heart.

Now that Dr. Sriramloo is close to 80 years old, Retired, without his better-half it is kind hard to spend his days. Being his brother-in-law I am looking at him facing hardships in his lonely life.

Your Honor I sincerely and humbly request you to take all above and consider in your ruling.

Thank you

Sincerely

Damodhar P. Reddy

Gouthami Shyamala-Patel
13935 Shadydale Rd.
Cypress TX.  77429
281-774-8800
Gouthami47@hotmail.com

August 21, 2021

To:
The Honorable Judge John T. Copenhaver Jr.
Senior United State District Judge,
Charleston, WV

To: Honorable Judge John T. Copenhaver Jr.

Your Honor, I am Mrs. Gouthami Shyamala-Patel, the niece of Dr. Sriramloo Kesari.  I am an educator for the students of tomorrow. I teach elementary thru high school students.  I am also an owner of a tutoring company. I am writing this character letter on behalf of my uncle, Dr. Sriramloo Kesari, with which I had the grace of God to have lived with from ages 5-8.  My uncle had asked my parents to have the responsibility of taking care of me until my parents (who had just immigrated to the United States) were settled in a new country.  I left Chicago, Il. and lived with my uncle, aunt, and their three sons for three years.  At an early age my uncle has exhibited a loving, giving, nurturing,and fatherly presence to me when my father was working for a better life.  He had made sure that I felt no discomfort or feeling of being physically distant from my father.

Thirty nine years later, I still remember his compassion and his words of care and encouragement.  It has instilled in me that same compassion when working with students.  To have such a positive influence has impacted me as educator to exhibit the same compassion.
My uncles compassion was not only extended to me, but also to all of those around him.  At the most detrimental part of my life, the passing of my father Satyanarayana Shyamala in December 2019 , my father in his unconscious state asked to see or talk with Sriramloo Kesari.  It is said that when a person is in his last moments of life they remember the people that have had a positive presence in their life.  My uncle, Sriramloo Kesari, was the one of the special people that my father remembered. It showed me and hopefully to you as well how my uncle has given in many ways without asking for anything back.

His giving nature was extended to his sister and brothers.  He has always stepped up when called upon for help.  He wants what's best for others and always wishes them wellness and success.  His nature of happiness and humor to his grandchildren and extended family members is always shown at family gatherings.  When he is not around he is sorely missed.

I am writing this character letter in hopes that you are able to observe and take into consideration the meaningful impact he has made to people physically close (community, friends and family) and afar.  I humbly ask for you to take all these factors into consideration when making your decision.

Sincerely,

*Gouthami Shyamala-Patel*
Gouthami Shyamala-Patel

The Thompson Family
1136 Ross Brook Trace
York, SC 29745

The Honorable John T. Copenhaver, JR., Senior Judge
United States District Court for Southern West Virginia
P. O. Box 2546
Charleston, West Virginia 25329-2546

Good day Judge Copenhaver,

My name is Homer Thompson, I am a husband and father of five children and the Vice President of Thomas Restaurant Equipment, located in Charlotte NC. I am writing you today on behalf of our family and friend, Dr. Sriramloo Kesari.

I have known Dr. Kesari for 20 years, his son, Vamshi Kesari, is my brother-in-law. Sriramloo has been a pillar in both his immediate and extended family for many years. He has been a devoted husband and father, and his guidance, love, compassion, and family expectations have helped foster and develop three of the greatest contributors to the medical field in our country: his sons, Santosh, Vamshi, and Sateesh Kesari. Sriramloo came to the US from India, and proceeded to build his reputation and raise his sons in an environment that was not always conducive to unity; his determination and drive have not only made the Kesari name common in the medical community, these character traits have also created the foundation for future generations in the Kesari family. Dr. Sriramloo Kesari has created change, built a medical empire, and ultimately whether directly or indirectly, saved countless lives in the process.

I believe in justice, and I also believe in grace. Finding that balance is difficult at times. I ask today that you lean heavily towards grace. Dr. Kesari's children, grandchildren, and countless family members and friends join me in this request, because we know in our hearts that the impact he has and continues to have will produce greatness in years to come.

Thank you for your sincere consideration,

Homer Thompson
hthompsonsc@gmail.com
980-230-9604

Chandraprakash and Aruna Thota

35624 Briar Ridge Ln,

Farmington, MI - 48335

(248) 719-4626


August 14th, 2021


RE: Sentencing of Dr.Sriramloo Kesari


Dear Honorable Judge Copenhaver,

We write this letter on behalf of our brother-in-law, Dr. Sriramloo Kesari. It was a shock to hear about his case, as it is so out of character for the person that we know him to be. Though our familial connection might make us biased, we feel that we know his character well enough to be a fair judge.

Our family has always believed in hard work, integrity and goodwill towards others and Sriramloo has exemplified those characters in all the time we've known him. It is due to him and his wife that we were able to immigrate to the US and we've seen him be a rock that we could rely upon whenever there was a need. Growing up, our kids used to love him becuase he always bought them gifts whenever he visited. But now, as they've grown up, they've seen him be person of great character and work ethic and look up to him as a role model.

He's had a difficult few years due to the health issues (and later, passing) of our sister but even during the most difficult of times, he made a point to be there for his family. In addition, he is also a loving grandfather and a upstanding member of the community. Despite this current case, we know him to be a good human being and a valuable part of our family. We sincerely hope this letter gives the court a better idea of his character and person.

Thank you for taking the time to read this letter.

Sincerely,

Chandraprakash and Aruna Thota

Harsha Thota

35624 Briar Ridge Ln,

Farmington, MI - 48335

(248) 719-4626

August 13th, 2021

To: The Honorable Judge Copenhaver,

My name is Harsha Thota and I write this character reference letter in support of my uncle Dr. Srimaloo Kesari.

As my uncle, I have known him almost all my life but I've really gotten to know him better over the last 20 years after I moved to the US. Over those years, I've known him to be someone who is hardworking, inquisitive, generous and loving. Visiting him and his family was always one of my favorite times, due to the love and affection I've received from them but also due to all the knowledge and wisdom I would gain from them.

Growing up, I've heard stories from my parents about how my uncle started from the bottom and through hardwork and determination, immigrated to the US and became a successful doctor. He is someone who I look up to, for his work ethic and sincerity and someone who I can rely upon when I need advice or help. Every phone call and every visit with him has always started off with him checking how I am doing and ends with pushing me to learn something new, broaden my skills and to keep exploring. And in the time I've known him, he has been that person to all of us in the family.

It is my hope that you take into consideration these thoughts as you delibarate what kind of a person he is.

Sincerely,

Harsha Thota

Shirisha Thota
35624 Briar Ridge Ln
Farmington, MI 48335

RE: Dr. Sriramloo Kesari

To the honorable Judge Copenhaver,

I am writing to you to offer a more complete picture of my uncle, Dr. Sriramloo Kesari. I have known him my enter life and his support and love have been a great influence in molding me into the person I am today.

While Dr. Kesari is a respected doctor, businessman and outstanding community member I know him as a devoted husband, loving father, grandfather and to me a considerate and compassionate uncle. One of my fondest memories is his attendance at my swim lessons when I was 8 years old. My parent's long work schedules were incompatible with my lessons so my uncle ensured that on top of his busy schedule he never missed one of my lessons. It was then I realized his infallible belief and unconditional support for his loved ones.

His story is one that is constantly referenced in our family for inspiration. His in an improbable story of moving from India in the 70s, craving out a life devoted to service as a family doctor in Charleston, and supporting numerous family members as they started their American dream (my family included). He taught us that there is no substitute for hard work and loving your family. His whole life is testament to this ethos.

A few years ago, our families travelled to Southeast Asia. In those travels, I witnessed my uncle make friends out of strangers even without a common language, donate to the needy freely and without hesitation and be a conscientious citizen.

My uncle is a role model for me. His integrity, character and generosity are traits I look up to immensely and wish to emulate myself. It is my hope that this letter provides a fuller picture of my uncle. Thank you for your time and understanding.


Sincerely,

Shirisha Thota

Mrs. Vasantha Tumu
2679 Berber St.
Powell, Ohio 43065
(614) 582-6381


August 22, 2021


To:
Honorable Judge John T. Copenhaver Jr.
Senior United State District Judge
Charleston, WV


Your Honor,

My name is Vasantha Tumu.  I am writing this letter on behalf of my uncle, Dr. Sriramloo Kesari.  I am currently 59 years old and have known him my entire life.  My uncle is the second oldest of 9 children.  From a young age, he was a leader in the family and always looked out for everyone.  He started working from a young age to support his family. He then went to medical school and eventually immigrated to the United States.  He has always been generous with his time and money.  He actually paid for my travel expenses when immigrating to the United States as a teenager.  I am forever thankful to him.

He has always cared for his family, friends and community and encouraged others to be successful.  He has a very kind heart and is an amazing grandfather to 8 wonderful grandchildren.  I ask you to please consider my statements in your deliberation.

Sincerely,

Vasantha Tumu

Madhavi S Vodnala
13923 Dry Creek Ranch Rd. Cypress, TX 77429

August 21, 2021

To the honorable Judge John T. Copenhaver Jr, Senior United States District Judge, Charleston, WV

Your honor,

I am writing to you about Dr. Sriramloo Kesari, my Uncle. Dr. Kesari is one of my mom's older brothers. My uncle is a very caring man. Numerous good deeds have been done by my uncle, but I will write, to you, about the ones that mean the most to me.

When my parents first moved to America from India, they did not have a lot of money. A family of five staying in a one-bedroom apartment in the brand new city of Chicago was not easy for them. My uncle, took in his niece to lower the load on my family. He took her in for two years while still having his own family to tend to. This meant so much to my parents. Not only did he do this out of the kindness of his heart, but he also never bragged about it later on in life. He never hovered this information over my parent's heads. He does the good but never brags about it to anyone after. That's the kind and caring man that he is. My uncle's honorable character and integrity are known to his entire extended family, friends, and patients.

Dr. Kesari's helping nature knows no boundaries. His helping nature extends to everyone around him, whether it is family, friends, patients, or anyone in need. There is one recent incident that I would like to share with you. My dad (Dr. Kesari's brother-in-law) recently passed away. My dad was in the hospital for 44 days. My uncle, Dr. Kesari, facetimed every day. For 44 days, my uncle called us. He talked to his brother-in-law, he talked to his sister, and he talked to me. He gave us so much strength. I know he had it in him to fly and see us, especially for his sister; however, he was tending to his own sick wife in California. For the funeral, he made sure his kids came. My uncle's value for family is impeccable. Specifically, his value and love for his sisters.

My husband is also a physician like Dr. Kesari. I see what happens to a doctor after their long day at work. I see them carrying their patient's sadness in their hearts, I see their constant worry in their eyes, I see them physically in their house but mentally they are by their patient's bedside. I know for a fact that Dr. Kesari is constantly caring for his patients and only wants what is best for them.

I request your honor to consider all these factors in reaching a decision.
Thank you so very much for taking the time out to read my thoughts about Dr. Sriramloo Kesari, a humble person who selflessly went out of his way to cater to all around him, with the utmost integrity.

Sincerely,
Madhavi S Vodnala

Srinivas Vodnala, MD, FCCP 13923 Dry Creek Ranch Road Cypress, Texas 77429

August 21, 2021

To the Honorable Judge John T. Copenhaver Jr., Senior United States District Judge, Charleston, WV

Your honor,

This letter is in regards to Dr. Sriramloo Kesari.

I am Dr. Kesari's nephew, a Pulmonary Critical Care Physician. I first met Dr. Kesari upon arriving in Chicago, from India. It was difficult trying to navigate in a new environment, but Dr. Kesari truly tried his best to make me feel comfortable in whatever way he could.

Whenever we met at family gatherings, I observed him addressing the younger generation about the importance of having good values, exemplifying good morality, and always be God- fearing. My kids and many of their cousins view him as a big role model and followed in his footsteps. My mother-in-law and late father-in-law always had the utmost respect for him. They always talked to me about the good heart he has and the way he always gave back to the family. He helped family members with their early struggles and made sure everyone came up in life along with him.

With this, I humbly request the honorable judge to take into consideration these factors that truly personify Dr. Kesari. Thank you for reading my thoughts about Dr. Kesari and the impacts he has had on me and my family.

Sincerely,
Srinivas Vodnala MD FCCP

Breanna Bell

2589 Big Ugly Creek Road

Chapmanville WV 25508

August 5, 2021

Re: Sriramloo Kesari

To:  The Honorable Judge John T Copenhaver Jr.

I have known Sriramloo Kesari as an employer, a reputable business owner, and upstanding member in the community for many years. I was surprised to hear about this case, as he has always been a solid person. While I understand the seriousness of this matter, I hope the court will show some leniency.

During my time working for Doctor Kesari at Hatfield McCoy Quickstop located in Danville, WV, he showed great compassion to his employees and customers. I recall him paying college tuition for several employees while they worked for him, in hopes of providing a brighter future for the folks of the community. He conducted Customer Appreciation Days often where he would provide the community with complimentary beverages, snacks, and prizes as a token of his appreciation. When Hatfield McCoy Quickstop encountered an attempted robbery, Dr. Kesari was not concerned about the business. He showed true concern and compassion solely for the well-being of his employees.

Dr. Kesasri was more than a business owner. He inspired us with his work ethic, his heart, and his dedication to the community. Looking back on my time spent working for the Kesari family, I know without doubt, our time spent there was only a stepping stone to where we are now...real estate agents, medical professionals, business managers. Dr. Kesari inspired us, supported us both morally and financially, and helped set the pathway for success.

It is my sincere hope the court considers this letter at the time of sentencing. Despite the current case, I still believe Sriramloo Kesari to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

Breanna Bell

-----Original Message-----
From: Beverly A Smith <beverly.smith79@gmail.com>
Sent: Tuesday, August 17, 2021 1:31 PM
To: Ferrara, Michael <Michael.Ferrara@DINSMORE.COM>
Subject: Dr Kesari

To The Honorable Judge John T. Copenhaver Jr.

Dear Judge,

My name is Beverly Smith and I worked for Dr. Kesari from 1984 to 2000.

After stopping work in 2000(due to my health issues) I continued to stay in close touch with Dr. and Mrs. Kesari and their children.
I continued to visit them and go to family functions.


In fact, a few years after I was no longer employed by him, I was going through a divorce (health issues really take a hard toll on relationships) and they called me to ask if I would come by their house because their son (Sateesh) and his wife (Puja) had a little girl that was 6 months old and Mrs. Kesari was taking care of her (her name is Riya) and she asked me to help her.
Puja was doing an internship with a physician in the Charleston area.
Well, that turned into me living with Sateesh and Puja and helping them with caring for their daughter and their son(Prithvi) for the next ten years.
So you see, Dr. and Mrs. Kesari have even shared their grand children with me all these years.
I am their Granny. And they are my babies.
I couldn't love these people more if we were blood related.
They are my family too.

When Mrs. Kesari had her big surgery for her liver cancer, she was in California with their eldest son(Santosh) and his family.
I flew to California to see her and spend some time with her. (I was terrified of flying,I hadn't been on an airplane for 30 years) But, I needed to be there for her.
She went through a tremendous amount of treatment over the years. Dr. Kesari and the rest of the family were awesome supporters for her.
The entire family are very kind and loving.


Also;
Dr. Kesari has helped his community greatly over the years by providing care and treatment to people that couldn't afford to pay for services.

He has always been kind and caring to his patients. Honest and hard working.

When the schools had fund raisers , he always donated to them, and he provided sports physicals for all the local kids at a very minimal fee.(10 dollars) This helped a lot of families in our area.

Over the years , there were hard times for a lot of people in our area, and Dr. Kesari helped as many as he could.

Please consider all of Dr. Kesari's wonderful qualities.
He is a good man.

Thank you for taking the time to read my letter.

Sincerely,

Beverly Smith
190 Middlebrook drive
Foster,WV 25081

**Innovative Catalytic Solutions, llc**
*Trust Our Experience*

Madan M. Bhasin, PhD
Owner of Innovative
Catalytic Solutions, llc
2048 Smith Road
Charleston, WV 25314
www.innocatsol.com
bhasinmm2@gmail.com
Telephone: 304.561.8051

The Honorable Judge John T. Copenhaver Jr.
Senior United States District Judge, Charleston, WV

My name is Dr. Madan Bhasin and I have been a resident of Charleston, West Virginia for 58 years, starting my career with Union Carbide, in September 1963. I retired from Dow Chemical, as Senior Scientist (highest technical ladder position), that took over Union Carbide, in 2009 after 45 years of service. After retirement, I have been working part time with Mid-Atlantic Technology Research & Innovation Center (MATRIC), as Chief Scientific Advisor. In addition, I have my own consulting work as well (Innovative Catalytic Solutions, LLC). I have been very active in the Charleston community all these years and held leadership role, as chairperson of India Association and later, India Center.

I have known Dr. Sriramloo Kesari for 30+ years, ever since he and his family came to Charleston, West Virginia. He lived within 2 miles of our house and our children were of similar age and hence got to know each other very well.

He has been a very strong supporter of the India Center, that I served as Chairperson for 13 years from its very beginning. Planning and construction of the India Center was a big challenge, raising funds from all the community members. Dr. Kesari was a champion for building of the India Center and helped raise funds through out. More importantly, he became a life member with a $10,000. contribution very early on. That was very important in raising funds and making other Life Members to raise more funds. He is a very kind person, soft-spoken and a great listener. He and his wife (now deceased) raised three fine sons who have each excelled in their professional careers. Last few years have been extremely stressful for Dr. Kesari and his family during the prolonged cancer treatments. I value his support very highly. I have not been his patient but as a senior member of our Indian community, I have never heard any complaints.

Sincerely,
Madan M. Bhasin

*Madan Bhasin*

(Fellow of Am. Chemical Society and Am. Inst. Of Chemical Engineers
Member of the U.S. National Academy of Engineers)

To: The Honorable Judge John T. Copenhaver Jr,
Senior United States District Judge, Charleston, WV

August 16, 2021

RE: Dr. Sriramloo Kesari

I have known Dr. Kesari and his family for over fifteen years during my time in Charleston, WV. His three sons and I practically grew up together, attending the same high school, and building long lasting friendships to this day in our adult lives. I lived a couple of streets away from the Kesari household, spent a lot of time at their house, and know Dr. Kesari to be a kind, generous, friendly man, who treated us all like his sons and family members.

Dr. Kesari has raised three very responsible, compassionate, and successful sons. His eldest son was great support for me and my family during my own father's sudden and fatal encounter with an aggressive brain cancer in 2004. Dr. Kesari's son was always available to me day or night, not only with his subject matter expertise as a neurooncologist, but his compassionate understanding and medical advice for my situation.

Aside from my personal connection and recollection of Dr. Kesari as a father and community member, I also know him to have worked for over forty years as a family doctor, caring for the underserved communities in WV, including Wharton, Logan, Madison communities. He has also contributed to the community by giving free care to those who could not afford other care and donating time and money to community causes.

Dr. Kesari has been an outstanding member of our WV community, a responsible and caring father and husband, a great personal asset to our friend circle, and a genuinely good human being. While I cannot imagine Dr. Kesari's involvement in any such case or charges, I sincerely request that the court takes his personal character and his life's track record into consideration at the time of his sentencing.

Sincerely,
Sushant Mathur

Friend of the family
WVU engineering graduate and telecom professional
Sterling, VA

From:

Nagarjuna Nagisetty & Vani Bellamkonda
1127, Emerald Rd
Charleston, WV 25314
Dt: 08/15/2021

To:

The Honorable Judge John T. Copenhaver Jr,
Senior United States District Judge, Charleston, WV

RE: Dr. Sriramloo Kesari

My name is Nagarjuna Nagisetty, and I am a software consultant. I have known Dr. Sriramloo Kesari as a good loyal, close family friend of us for over 20 years. He is such a wonderful, caring, kind and loving family person.

Dr. Sriramloo Kesari is very passionate in medical profession and provided medical care of patients in underserved community. He always offers help, provided services to the community, and donates to charities. He is one of the founding member of India center in Charleston, helped in establishing the community center and donated money.

Dr. Sriramloo always participates in community charities and try to help people who is in need. He is a very reliable and honest person. My family can trust him in all matters.

Dr. Sriramloo is a loving and caring husband of his wife Saroja Kesari and raised 3 kids with utmost caring and passionately. When his wife suffered from cancer, Dr. Sriramloo has taken care of her to the maximum extent possible. He took care of her very passionately and travelled to several places in the world like California etc., for best treatment. Because of his loving care, she could able to survive more than 8 years even when the specialists expected that she cannot survive more than a year or 2.

We always used to take his help on raising our kids and he has provided all the help and best advises. He always stood in front line to help the community. Dr. Sriramloo is one of the best family person and human being we have ever seen so far.

I hope that the court will be able to take my letter into account. I continue to consider Dr. Sriramloo Kesari a worthy member of the local community and an example for many.

Regards,

Nagarjuna Nagisetty & Vani Bellamkonda
1127, Emerald Rd,
Charleston, WV 25314

Dawn Crist

11 Cottonwood Drive

Elkview, WV 25071

August 22, 2021

Re: Sriramloo Kesari

To: The Honorable Judge John T. Copenhaver Jr

I met Dr. Sriramloo Kesari through his youngest son, Vamshi, whom I began working with at Charleston Area Medical Center about 10 years ago. Dr. Kesari is a loving, supportive and dedicated father to three sons and grandfather of multiple grandchildren. He loved his wife very deeply and he took excellent care of her throughout her life.

He and his wife raised three talented and successful sons together. They are successful in their careers and give back to their communities. The values Dr. Kesari instilled in his sons, such as showing compassion for those less fortunate then themselves, were also passed down to their children and they all participated in several community service activities throughout middle school and high school.  Dr. Kesari was a founding member of the India Center, which participates in events to benefit Mana Meal, WV Health Right and other local charities.

Dr. Kesari is a good, kind man who has dedicated his life to helping others. I ask that you consider this during sentencing.

Thank you,

Dawn Crist

# Judge Copenhaver,

Sir, this letter is in reference to Mr. Kesari Sriramloo of Charleston, WV. Our family met Dr and Mrs Sriramloo in summer of 1981 while shopping in the old Sears store on Kanawha Boulevard in Charleston. We have been friends ever since. We used to meet socially several times a year and found them very pleasant and helpful during our early years of settling down in this lovely city.

Later on during fundraising for India center he was a generous donor and active participant in realizing our community's need for a meeting place to share with Charleston's other citizens as well. He was also instrumental in providing for his large extended family, support to realize their American dream. He practiced Medicine in the underserved area of Madison, WV for many years. He is also owner of a small business on Corridor G providing employment for local people. We always found him to be a good citizen of West Virginia contributing positively to our local community in addition to being a good friend.

Sincerely

Ravindra K Gogineni, MD

1608 Kirklee road

Charleston, WV.

August 6th 2021

Marc Melis

2529 S Bala Dr.

Tempe, AZ 85282

8/22/2021

Dear Honorable Judge John Copenhaver Jr.,

I'm writing this letter on behalf of Doctor Sriramloo Kesari. I have known Dr. Kesari for 34 years as a family friend, and in that time have known him to be a caring, consistent, and dedicated husband and father.

Through the years, Doctor Kesari has been for me and his children (with whom I am friends) both an understanding and trustable role model. He has demonstrated unmistakable moral fabric in handling his role as a father with judgment, temperance, grace, and most of all, love. His children's having become contributors to their communities in their professional lives and their dedication to their own families is a testament to his legacy as a father who taught by example to be concerned about others' wellbeing.

Having spent countless hours 'hanging out' at the Kesari's household growing up, I can speak to the respect that he and his family had toward each other. Doctor and Mrs. Kesari were very interested in my well-being, as well as that of their childrens' other friends. They had a harmonious household due largely to Dr. Kesari's joyful sense of humor and kindly good nature.

Please consider this first-hand description of a lifetime of care that Dr. Kesari shared, through his interest in others' wellbeing when deliberating his case.

Respectfully,

Marc Melis

8/20/21

Pamela McCauley
5239 Brackenrich Drive
Cross Lanes, WV 25313

Judge John T. Copenhaver Jr.
Senior United States District Judge

Judge Copenhaver,

I am writing on behalf of Dr. Sriamaloo Kesari as a character witness on his behalf.  I understand that he is scheduled for sentencing and I wanted to share my experiences with you.

I am acquainted with Dr. Kesari through his family, particularly his son, Vamshi.  During my interactions with Dr. Kesari, it was clear that his family and his community were at the forefront of his actions.  Dr. Kesari was both a business owner and a mentor to many of his employees.  His children have grown into successful well-regarded professionals under the guidance he and his wife provided. His grandchildren follow in those footsteps and benefit from the relationship with him.

As a founding member of the India Center, Dr. Kesari contributed to the community via the fundraising efforts of the establishment.  Over the years, many local charities, such as Manna Meal, have benefited from those efforts.  The care he showed his patients extended to his team in his business also.  All who know him speak of his kind manner and generous heart.  Dr. Kesari did not do these things for recognition, but did them because they were the best show of humanity and caring for others.

From all of my experiences with Dr. Kesari and the family he raised, I can say that he is a blessing to our community.  If his character and his previous positive actions, which have benefitted our community, can be considered during sentencing, I would ask you to consider those in your decisions.

Thank you for your consideration,

Pamela L. McCauley

Mr.TV Ramakrishna & Mrs. Vijaya Ramakrishna
Mangalya Ashirwad Apartment,
Basavanapura Village,
Bangalore, India.
990 104 7727
Tvrk.sdie@gmail.com

August 23,2021

To:
The Honorable Judge John T. Copenhaver Jr,
Senior United States District Judge, Charleston, WV

RE: Dr. Sriramloo Kesari

Your honor, I am Mrs.Vijaya Ramakrishna lived and worked in West Virginia for 35 years. Incidentally we lived on same road where Dr.Sriramloo Kesari and family lived in Charleston West Virginia. Mr.TV Ramakrishna and myself residing in India doing charitable work for past 25 years for the needy and orphan children enlightening through education. Dr. Kesari have also contributed towards the education for the needy children. Our children and their children grownup together. As far as we know Dr. Sriramloo Kesari is generous and person, He was very much involved in community and we were very close to Mrs.Saroja Kesari his wife.

Mr. TV Ramakrishna and myself feel as far as we know they are very good family. He was generous with his patients.

Thank you so much for giving us opportunity to express our love for Dr. Sriramloo Kesari and his family.

Sincerely,


 Mr. TV Ramakrishna & Mrs. Vijaya Ramakrishna.

Joseph and Patricia Noronha
1704 Oak Knolls Road
Charleston WV 25314

304-344-8756

To:   The Honorable John T. Copenhavers Jr.
      Senior United States District Judge
      Charleston WV

Date:  August 15, 2021

Re:   Attestation Letter for Sriramloo Kesari

#23

To whom it may concern

We have known the Kesari family (Sriramloo and Saroja, their children and
grandchildren) for the last many years in Charleston. They were our neighbors and
good friends and we had the privilege of attending many of their family functions. They
were a very close knit family. We also tutored several of the Kesari grandchildren in
math, Sriramloo took a keen interest in their school work.

Sriramloo Kesari was a hard worker, not only was he a full time physician, he (later with
the help of his son) also operated a gas station and convenience store in Logan. I used
to occasionally meet him in SAM's club buying supplies for that operation. Although a
good businessman, he was also generous. I saw examples of this as President of the
India Center and a Board member of Manna Meal.

As mentioned above, the Kesari's were a close knit family. We saw an attestation of the
love, patience and care that Sriramloo showered on his his wife Saroja when she was
diagnosed with cancer and during the period when the cancer was ravaging her body.
Giving up his other interests, he was always at her side. Even before the cancer, he
always said that he did not know what he would do without her.

In summary, we always had the highest regard for Sriramloo's family values, character
and integrity. If we can assist in any other way, please do not hesitate to contact us at

Street Address:   Joseph and Patricia Noronha
                  1704 Oak Knolls Road Road
                  Charleston, WV 25314

E-mail:           jopatnoronha@gmail.com

Telephone:        304-344-8756

Sincerely

Joseph and Patricia Noronha

Joseph and Patricia Noronha
1704 Oak Knolls Road
Charleston WV 25314

304-344-8756

To:  The Honorable John T. Copenhavers Jr.        Date:  August 15, 2021
     Senior United States District Judge
     Charleston WV

Re:  Attestation Letter for Sriramloo Kesari

To whom it may concern

We have known the Kesari family (Sriramloo and Saroja, their children and
grandchildren) for the last many years in Charleston.  They were our neighbors and
good friends and we had the privilege of attending many of their family functions.  They
were a very close knit family.  We also tutored several of the Kesari grandchildren in
math, Sriramloo took a keen interest in their school work.

Sriramloo Kesari was a hard worker, not only was he a full time physician, he (later with
the help of his son) also operated a gas station and convenience store in Logan.  I used
to occasionally meet him in SAM's club buying supplies for that operation.  Although a
good businessman, he was also generous.  I saw examples of this as President of the
India Center and a Board member of Manna Meal.

As mentioned above, the Kesari's were a close knit family.  We saw an attestation of the
love, patience and care that Sriramloo showered on his his wife Saroja when she was
diagnosed with cancer and during the period when the cancer was ravaging her body.
Giving up his other interests, he was always at her side.  Even before the cancer, he
always said that he did not know what he would do without her.

In summary, we always had the highest regard for Sriramloo's family values, character
and integrity.  If we can assist in any other way, please do not hesitate to contact us at

        Street Address:    Joseph and Patricia Noronha
                           1704 Oak Knolls Road Road
                           Charleston, WV 25314

        E-mail:            jopatnoronha@gmail.com

        Telephone:         304-344-8756

Sincerely

Joseph and Patricia Noronha

To whom it may concern.

I am writing in regards to Doctor Kesari. I have personally known Doctor Kesari since I was a little kid, he was my family's family Dr. He has always been a kind and helping man when it came to his patients, His mannerisms was always sweet and joking with his patients but stern when needed to be.

I worked for Doctor Kesari for a few years, back in the mid 2000's, and when working for him, he had a program set up to help pay for tuition for any of his employees while working for him. I did plan to start school when working there but never followed through on my part, but Doc was ready to go with helping me. There were many perks to working at Hatfield & McCoy quick stop, first helping employees with college tuition, hour breaks, discounts on food, a great and friendly work environment, warm and heart felt greetings from Doc when he was there. Every time he saw me whether it was the day before or a week ago, he always asked how my both of my parents (by name) were doing.

Doctor Kesari is a great man and has only thought about helping people when he could. Yes, he did spend a lot of time in California with his wife that was sick with cancer and he still done what he could to help out when he could and to me, that speaks volumes about how much of a noble and loving man Doctor Kesari is.

Sincerely

1

Eric Hays

Lisa Jones

PO Box 257

Van WV 25206                                              8/20/2021


To whom it may concern:


I'm writing this letter to express my appreciation for Dr. Sriramloo .

I have known  Doc for approximately 22 years and in that time he has always been a very nice, caring and professional man.  He was my father's physician for more than 35 years helping him with his blood pressure and diabetic issues.  He cared a lot about his patients wellbeing when he was in practice.

My family has been friends with him for over 35years as well.  My dad, my brother and most recently my son have been basically his maintenance guys for all his HVAC, electrical, plumbing, etc. needs on his home and businesses and you couldn't ask for a better person to work with or for.


Thank you

Lisa Jones



August 9th, 2021

The Honorable John T. Copenhaver, Jr.
Senior United States District Judge
Charleston, WV

Dear Judge Copenhaver Jr,

In regards to Dr. Sriramloo Kesari, Dr. Kesari has attended to many underserved communities within West Virginia. He has given many of hours to community service along with generous donations to various organizations including The India Center in South Charleston, WV.

I had the pleasure of treating Dr. Kesari's wife Sarojini for many years. The commitment to Mrs. Kesari's treatment plan and health by her husband Dr. Kesari was admirable. Dr. Kesari made the decision to seek out the best care possible for his wife in California. Mrs. Kesari was given a 2 year life expectancy and lived for 8 years having the ability of being able to travel.

Please know that Dr. Kesari has been a strong, caring and respected medical provider to the communities that he served and worked in.

With warm regards,

Dr. Narender Jogenpally
Hematology/Oncology

401 Division Street, Suite 100 • South Charleston, WV 25309 • 304-766-4350 • Fax 304-766-4355

# VIDYA S KORA, MD

### 105 Woodside Drive, Michigan City, Indiana 46360 · 219-898-9250
### vkora3@hotmail.com · Twitter: @koravidya · Facebook: @vidya.kora

Honorable Judge Copenhaver,                                                                                                08/15/2021

My name is Dr. Vidya Kora, I am a general internist practicing in Michigan City, Indiana for the past 35 years.

I started and lead a multi-specialty group, served as the President of the Indiana State Medical Association and currently serve on Indiana's delegation to the American Medical Association. I currently serve on the Northern Indiana Regional Board of the Franciscan Alliance which is a Catholic Healthcare System serving many communities in Indiana and Illinois and have been on this board for over two decades. I have served two terms as the Laporte County Commissioner, while serving in that capacity served on the opioid task force for the National Association of Counties.

I understand the magnitude of the opioid crisis and the importance of medication assisted treatment and have dealt with the reluctance of many physicians to participate in this treatment modality due to legal and bureaucratic hassles and risks.

I have personally known Dr. Sriramloo Kesari for over three decades. He chose to serve the underserved communities of West Virginia and has been serving them with distinction for many decades.

While serving the coal producing communities, he and his wife raised a great family, two of his children are physicians serving the communities of Southern California and Cincinnati. His eldest son is a world-class researcher in neurooncology trying to find a cure for brain cancer.

Dr. Sriramloo Kesari shared with me his distress at the opioid crisis in his state and wanted to do something to help the situation by providing medication assisted treatment. He did this while dealing with his personal tragedy of coping with his wife's terminal cancer.

I have personally witnessed his extraordinary compassion while he was taking care of his wife with terminal cancer. Having been actively involved in practicing medicine, leading medical organizations, working with hundreds of physicians, I can say without any hesitation to Dr. Sriramloo Kesari was driven by his desire to help his fellow human beings, if there were any errors in not dotting all the I's and not crossing all the T's they were not intentional.

Honorable Judge Copenhaver as you evaluate the case of Dr. Kesari please understand that his medical colleagues hold him in the high esteem and any harsh punishment for unintentional errors will send the wrong message to the members of the medical community who are to trying to provide compassionate care to the victims of the opioid crisis.

Thank you in advance for your consideration.

Sincerely,

Vidya Kore

Vidya Kora MD.

**Kanawha Medical Center**
**T.V. Jagannath, M.D.**
**Sabur Sobhan, PA-C**
**4924 MacCorkle Ave. SE**
**Charleston, WV 25304**

**Phone: (304) 925-1050**                    **Fax: (304) 553-0862**

August 6, 2021

To: Judge Copenhaver
    Charleston, WV

Dear Sir,

I am a Practicing Physician for Kanawha County, West Virginia. I am writing this letter regarding Dr. Sriramaloo Kesari.

I have known Dr. Sriramaloo Kesari for 30 years. I met him in one of the physician conferences in Charleston and I have come to know him very closely and personally. We meet each other in medical conferences, meetings and at a personal level in our homes and in friends homes. He is also closely involved in our Temple, at the India Center, where he has donated lots of money and time to help fellow citizens. I am also his Primary Care Physician and have knowledge about his health.

He has been a wonderful husband who took great care of his terminally ill wife for a long time till her death. He is also a devoted father of 3 kids and grandfather. He has been an excellent citizen doing his civic duties very diligently.

I would be very happy to communicate with you about him at anytime.

Thanking You,

T.V. Jagannath, M.D.

Desingu S. Raja,

141, Centre Court Road,

Charleston, WV 25314.

304-342-6070

desinguraja@gmail.com

August 17, 2021

To

The Honorable Judge John Thomas Copenhaver Jr,

US District Court,

Southern District of West Virginia,

300 Virginia Street,

Charleston, WV 25301.

Re : United States v  Sriramloo Kesari

Dear Judge Copenhaver,

I am 84 years old orthopaedic surgeon. I practiced Orthopaedic surgery, dealing with trauma and reconstruction in Kanawha County, South Charleston and Logan County for a period of 35 years from year 1973 to year 2008.

I had served as a faculty member of West Virginia University, Charleston, Charleston Division, from the year 1976 to the year 1996 and the Quality Assurance Chairman of the combined departments of Orthopaedic surgery and Neurosurgery, Tertiary Care of the State Trauma Center, CAMC from year 1993 to 1995.

I am aware of the hearing on the criminal case of Sriramaloo Kesari. I have known Dr.Kesari well, as a professional colleague and also as a family friend among the Indian community members.

I had come to know him since he started his family practice in South Charleston and Danville, West Virginia. I had many occasions to see his patients on consultation over the years. I have known him to be compassionate, hard working family practitioner with integrity. He never deviated from ethical and legal behavior.

He has many close family members, including his grand children. He has taken part actively in charity and social programs, through India Center, Corridor G, Charleston. He has been active in our social, cultural, community activities, sharing closely with the local West Virginia Community. He has been loyal and compassionate to all community members.

I kindly request you to show mercy upon Dr.Sriramloo Kesari.


Yours sincerely,


Desingu S. Raja

Ashok Patnaik, MD
Malathi Nandigama
306 Cambridge Pointe
Charleston, WV 25309
304 389 6394
akpatnaik99@yahoo.com

August 12, 2021

To:
The Honorable Judge John T. Copenhaver Jr,
Senior United States District Judge,
Charleston, WV.

Re: Dr. Sriramloo Kesari

Your honor, I am Dr. Ashok Patnaik a practicing Cardiologist for nearly two decades in West Virginia and Eastern Kentucky and my wife Mrs. Malathi Nandigama take a great honor to write to you about Dr. Kesari's moral, ethical and character standing in the community.

We have known Dr. Kesari for nearly 15 years. He and now his late wife Saroja Kesari lived right across the street that brought us even closer socially and get to know him and his late wife very well.

As a family practitioner for about 4 decades Dr. Kesari provided exemplary care to his patients in the medically underserved area of West Virginia. His dedication to his profession and compassion and love for his patients was unmatched. He established his practice where other doctors have shun, and continued with the same zest from day one until his retirement.

He is one of the founding fathers of India Center, a cultural and community hub. India center participates in many charitable programs for the underprivileged in Charleston area. For the past 30 years he has supported India center financially and volunteered for many activities that India center undertook to serve the local community. He is highly revered by all who have known him. His unwavering support to Hindu Temple has attracted many devotees afar and provided spiritual bastion for them. He funded many students to go through their education.

Born in a poor family with many siblings, he excelled in education to graduate as a physician. Dr. Kesari took care of his parents and siblings and other family members. He chose West Virginia as his home and raised a family. His sons are a standout with great character and turned out to be good citizens. His impeccable devotion to his ailing wife was exemplary. She was diagnosed with Pancreas and Liver cancer, which indeed a death sentence. He stood by her through many surgeries, Radiation and

Chemotherapy sessions. She survived for eight years despite all odds, a testament of his devotion, love and personal care. He has travelled to California to provide her the best cancer therapy that was available. Unfortunately she departed just over a year ago that truly broke his heart.

Being a eldest sibling in my family, after loosing my father 20 years ago and my father in law, we have lost our guiding figure and mentors. Dr. Kesari has filled that vacuum effortlessly. He is a go to person whenever we needed any advice. With his big heart, he has taken many people under his arms and comforted in times of distress. He is a model son, brother, husband, father and a friend.

At close to 80 years of age this is time for him to retire and reflect on his life. I beg your honor to take all these factors into consideration in making a decision.

Thank you very much for allowing our thoughts about this humble person, who selflessly catered to all around him.


Sincerely,


Ashok Patnaik, M.D

Malathi Nandigama

R. Corey Waller MD, MS
Managing Director, HMA Institute on Addiction
120 North Washington Square
Suite 705
Lansing, MI 48933

**To:** Honorable John T. Copenhaver, Jr., Senior Judge
**Address:** 6009 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301
**Date:** August 23, 2021
**Subject:** US -vs.- Sriramloo Kesari, MD, and Kristina Truxhall

Judge Copenhaver,

My name is R. Corey Waller, MD, MS, and I am writing at the request of the defendants' counsel to add clarity to the "scope of practice" as it pertains to a general medicine practitioner's treatment of opioid use disorder in the office-based setting. I am an actively practicing, board-certified, Addiction and Emergency Medicine Specialist, the Editor in Chief of the ASAM Criteria ( The book used as the national standard for Addiction treatment delivery), and the lead author of the National Academies of Medicine framework for the development of the addiction treatment ecosystem. I have reviewed the testimony of Dr. R. Andrew Chambers and quite frankly find it misleading and inaccurate as it pertains to the expected "standard of care" provided by a general practitioner for the provision of medication to treat opioid use disorder. Over the past 20 years, we have been using buprenorphine (suboxone) to treat opioid use disorder. We have found that it and methadone are the only two medications that decrease a patient's risk of death and improve their function.

Given this and the significant safety profile of buprenorphine, the Federal government and National societies have made this available with a very low threshold and in the most remote locations in the US. We have delegated prescribing responsibilities to primary care physicians, physician assistants, and advanced practice nurses via the same model used for all other medical specialties. Along with this, we have pushed the use of telemedicine to both prescribe buprenorphine and monitor patients.

As a specialist, I have thousands of hours of extra training and experience that allow me to be comprehensive, nuanced, and far-reaching in treating patients with OUD. However, general practitioners only have tens of hours of training about addiction and are expected to apply only the most basic specialty approaches to a very complex population. Holding Dr. Kesari to the level of a board-certified addiction psychiatrist just because he writes for buprenorphine is like holding a primary care doctor to the level of an interventional cardiologist just because they write for a blood pressure medication.

To be clear, the standards of care for office-based opioid treatment as delivered by a general medicine physician would include making the diagnosis of OUD, giving informed consent, prescribing buprenorphine, monitoring the use via conversations, pill counts, or toxicological evaluation (in-office point of care test are fine), and referring for external behavioral health evaluation. In addition, all of these services can be effectively delivered via telemedicine.

Having the courts make criminal, the typical standard of care for a general practitioner using buprenorphine will undoubtedly decrease access to life-saving treatment for OUD. If there are further questions about this concept, I am happy to answer them personally.

Sincerely,
R. Corey Waller MD, MS

*R. Corey Waller MD, MS*

# R. Corey Waller MD, MS

**Managing Director**
(Redesigning Healthcare to Transform Lives)

## Profile

An accomplished Addiction, Pain, and Emergency Medicine Specialist currently in Lansing, MI working as the Managing Director for the HMA Institute on Addiction, the Editor-in-Chief of the ASAM Criteria who previously worked in Camden, NJ as the Senior Medical Director for Education and Policy at the National Center for Complex Health and Social Needs. Leading up to this Dr. Waller worked in a $5 billion fully integrated health system honing his experience in developing local, state, and federal systems of care for complex, high cost and high utilization patients. He has developed new approaches to treatment for complex patients within large organizations and as a past Medical Staff Chief of Pain Medicine, can work within fully developed systems, and more importantly, knows how to use those systems to the patients' advantage. Over the last 5 years, he has been able to work with over 50 health systems, State Authorities, Managed Care Organizations and Communities across the country to work toward developing entire ecosystems of care for addiction, behavioral health, and chronic pain patients.  This coupled with a strong background in both basic science and clinical research, and he will be able to support leadership in continued movement toward better evidence-based care for all patients.

### Core Competencies:

o  Scientific acumen          o  Developing teams          o  Passionate patient advocate

o  Innovation                     o  Motivating people         o  Leading change

### Selected Accomplishments

- Selected as the Editor-in-Chief of the ASAM Criteria and tasked with the expansion and pragmatic integration of the ASAM Criteria into payment schema, workforce development, and treatment expansion.

- Lead stakeholders from hospitals, community organizations, criminal justice, prevention organizations and outpatient treatment providers in Orange Co. New York, through a modified LEAN six sigma/agile innovation event, to identify the current state of community addiction treatment and build the future state. This was followed by an implementation plan that will be funded by the State of New York.

- Conceived of, designed, obtained monetary support for www.hmaedu.com; an online pain, addiction and behavioral health training website funded by Robert Wood Johnson. This website has over 22 hours of interdisciplinary training on the above subjects, all taught through the lens of archetypal patients at different times in the natural history of the disease. The phase one curriculum was finished during my research sabbatical at the National Center for Complex Health and Social Needs. The focus of this is educating all levels of clinical staff who take care of

patients with pain and addiction or behavioral health issues and has an extensive amount of patient education as well.

- Designed, built, and operationalized an entirely new form of integrated clinic dedicated to those patients who over-utilize the Emergency Department and inpatient facilities. This has required a complete redevelopment of payment models, integration with Community Mental Health, and broad coalition and teambuilding across a $5 billion health system. Thus far, we have decreased our patient's utilization of the Emergency Department by 65%.

- Appointed to the Michigan Governor's task force on opioid use, misuse and abuse. In this role I was the lead medical liaison for identifying current legislative and policy gaps, as well as helping to develop ways to appropriately fill those gaps. This included collaborating with the Michigan Hospital Association, Michigan State Medical Society, the Governor's office, the Michigan Department of Health and Human Services, Michigan State Police, patient advocacy groups, legislators, and every level of clinical provider.

- As Substance Use Disorder (SUD) Medical Director I wrote and implemented the statewide guidelines for Medication Assisted Treatment for patients with opioid use disorders. This was done on a purely volunteer basis and has fundamentally changed the approach to addiction in the state of Michigan. These guidelines have incorporated behavioral health "dosing" guidelines, as well as, categorized patients based on severity of illness and matches them to appropriate treatment. These guidelines are currently being translated into the contractual requirements for all Prepaid Inpatient Health Plans (PIHPs) in Michigan.

- Worked with State, Local and Federal law enforcement on creating a medically informed policing model that was focused on identification and interdiction of "pill mills" and developing key strategies to differentiate drug dealers from people suffering from addiction.

- Completely redeveloped an innovative new approach to alcohol withdrawal treatment within the inpatient clinical space. This included the development of appropriate order sets, training of entire clinical staff at 12 hospitals and conducting implementation pilots through to geographically phased utilization.

- As the Medical Staff Chief Pain Medicine I completely redeveloped postoperative pain treatment pathways to significantly improve patient safety and satisfaction, all while significantly lessening the overall utilization of opioids. This required a large amount of collaboration, education, and the cultural changing of surgeons, anesthesiologists and hospitalist physicians.

- Started and fully coordinated the development of a multi-hospital collaborative for regional patient care coordination plans. This included development of the IT platform with our regional health information exchange and obtaining grant funding to have a single location where every clinical provider can find the appropriate treatment pathway for a patient.

- Testified before the US Congress, Energy and Commerce Committee on behalf of the American Society of Addiction Medicine in regards to the treatment of substance use disorders. This led directly to the final version of the Comprehensive Addiction and Recovery Act (P.L. 114-198).

## Professional Experience

**Managing Director, HMA Institute on Addiction (HMAIOA.com) (2018-present)**

- Responsible for state-wide projects focused on addiction treatment ecosystem development

- Responsible for state-wide and small-scale projects focused on high cost complex patients in value-based networks

- Continued delivery of both synchronous and asynchronous teaching and technical assistance for addiction, pain and complex care clinical delivery

**Practicing Emergency Medicine Clinician, Envision (2017-present)**

- Working as an attending provider in both rural and urban Emergency Departments in Delaware, Pennsylvania and Michigan.

**Senior Medical Director for Education and Policy, The National Center for Complex Health and Social Needs (2016- 2018)**

- In charge of developing and delivering all education around addiction, pain, behavioral health and complex system development

- Supervising the development of guidelines and implementation strategies for lower cost medical treatment including addiction treatment, behavioral health treatment and the integration of social determinants of health.

- Medical Director of Federal Policy engagement and development. In this role I am responsible for writing, evaluating and commenting on State/Federal legislation and regulations.

- Overseeing the redevelopment of addiction treatment in Camden, NJ. This is inclusive of assessing current state, developing a gap analysis and creating the change strategy.

**Director, Center for Integrative Medicine/ Medical Staff Chief, Division of Pain Management for Spectrum Health, Grand Rapids, MI (2011-2016)**

- Developed a new team-based integrated model of care for our system's costliest 5% of patients. This included creating advanced practice professional/LMSW treatment teams who are responsible for seeing complex patients with pain addiction and behavioral health issues.

- Supervised, trained, and mentored all staff in the clinic and developed a standardized curriculum for on boarding of new clinical staff. Was responsible for working with human resources on choosing all team members, as well as developing offers of employment benefit packages. This included hiring motivated individuals for a brand-new concept of patient treatment and evaluating emotional IQ.

- Worked with IT professionals to develop an internal informatics system, which would allow us to track all patient attributes including, but not limited to, clinical diagnoses, utilization patterns, and all social determinants of care that impacted the patient.

- Responsible for the development of the "how to" manual for developing the new integrated care clinic model in a new location. Utilizing this we are now helping the state of California, as well as the state of Massachusetts, in building a total of 10 new clinics that are based on the Center for Integrative Medicine. This includes development of all policies, pathways, and procedures necessary to both start up and run a successful complex care clinic.

- Was responsible for writing a five-year business plan and pro forma for clinic stabilization and expansion. Have been responsible for developing and submitting current and future budgets as well.

## SUD Medical Director, Lakeshore Regional Community Mental Health
West Michigan Region III   (2016- 2017)

- Was responsible for the complete restructuring of addiction treatment in seven counties in West Michigan. This included the redevelopment of information gathering, prior authorizations, utilization management and workforce development.

- In the process of restructuring all methadone clinics in our region to become modified medical homes. This will include an extension of addiction treatment to all substance use disorders as well as the integration of primary care treatment for a patient's entire family.

- Was the chief author and instigator for the development of a statewide integrated guideline for medication assisted treatment of opioid use disorders.

- Have been asked to write the State of Michigan's treatment guidelines for alcohol use disorders as well as marijuana use disorders.

- In my role as SUV medical director responsible for all patient and provider disputes involving treatments or payment. This allowed me to gain a significant perspective of both the payer and the patient's over and above my daily patient treatment.

## Principal Investigator and Chief Administrator of Complex.Care
Grand Rapids, Michigan 2014-2018

- Have developed an integrated online training tool for pain, addiction and behavioral health. Through collaboration with Maestro (a web development company), Spectrum Health and the Robert Wood Johnson foundation where developing a sophisticated education platform for workforce development in the treatment of high cost high utilization patients.

- Am developing pathways, guidelines, policies and procedures covering both the implementation of evidence-based treatment pathways as well as clinical systems development.

**President, Michigan Society of Addiction Medicine**
Michigan, 2015-2016

- Elected to take the lead of the Michigan Society of Addiction Medicine. In this role I was tasked with helping the state develop its office-based opioid treatment policies and procedures. This includes but has not been limited to the development of the prior authorization pathway for buprenorphine and naltrexone, the policies regarding treatment of opioid use disorders in a primary care setting, reevaluating the licensing and regulatory structure surrounding opioid treatment providers and helping develop the statewide pharmacy benefit for Medicaid patients.

**Chairman, West Michigan Super Utilizer Coordinating Agency**
Grand Rapids, Michigan          2013-2016

- After developing the spectrum health center for integrative medicine we found that it was extremely important to coordinate care across all health systems in the region. With this I started the West Michigan super utilizer coordinating agency which coordinates care plans for patients across all of West Michigan.

- This required bringing highly competitive health systems to the table, developing policies and procedures, creating a charter, scope of practice and coordinating with our health information exchange.

- Have recently taken the structure and moved it under an existing local health coordinating agency so as to further consolidate regional efforts focused on and at risk population.

**Interdisciplinary Education Coordinator, Emergency Medicine Residency**
Grand Rapids, Michigan 2009-2011

- As education coordinator I developed the curriculum for the emergency medicine residents for trauma, cardiology and OB/GYN. This enabled me to work across medical specialties and with a variety of training modalities.

- Obtained a large amount of training in medical workforce development from the residency and medical student perspective.

**Medical Director, Grand Rapids Police Department SWAT**
Grand Rapids, Michigan  2006-2016

- After training and certification as a tactical physician with the Department of Homeland Security and moving to Grand Rapids I was able to work with the Grand Rapids Police Department in developing tactical self-care pathways as well as extensive training on dealing with intoxicated and unstable mental health patients in the community.

- Have worked to integrate law enforcement, EMS and community health workers and outreach pathways to stabilize at risk neighborhoods and to decrease unnecessary police actions that can be harmful to minority populations.

- Became very familiar with law enforcement that both the local and federal level. This is enabled me to have a very sophisticated working relationship with the state police as well as the DEA. In collaboration with these entities we are developing systems for diversion control as well as workforce development and training surrounding addiction, drugs of abuse and behavioral health disorders.

## Special Training

| | |
|---|---|
| • Performance Measures Development, Testing and Implementation | 2014 |
| • Lean-Six Sigma and Agile innovation | 2013 |
| • Crucial Conversations advanced training | 2013 |
| • Federal and State Health Policy Development | 2013 |
| • Directed media training | 2013 |
| • Graduate training in Hospital Finance (40 hours) | 2013 |
| • Tactical Law Enforcement Medicine- DHS/Federal Protection Service | 2010 |
| • Buprenorphine/Methadone trained and certified by the State of Michigan (#5304000684) | 2010 |
| • Ultrasound guided intervention of pain | 2013 |
| • Wilderness and Travel Medicine | 2002-2004 |

## Awards

| | |
|---|---|
| • Safety and High Reliability Award, Spectrum Health | 2016 |
| • Consultant of the Month, Spectrum Health | 2015 |
| • Treatment and System Transformation Award, State of Michigan | 2014 |
| • Chief Resident | 2005 |
| • Intern of the Year Award | 2004 |
| • Excellence in Emergency Medicine SAEM, | 2004 |
| • Outstanding Student Researcher | 2001 |
| • Boron USA Research Scholarship | 1998 |
| • First Prize: Graduate Level Research Poster | 1998 |
| • Premier Muscular Dystrophy Association Fundraiser | 1993 |
| • Outstanding Student Athlete | 1992 |

## Education

**University of Texas Health Science Center**
*Medical Doctor*

San Antonio, TX
May 2003

**Southwest Texas State University**
*Master of Science*- Biology, Neuromolecular Focus
*Bachelor of Science*- Biology

San Marcos, TX
May 1999
Dec 1995

## Residency

**Thomas Jefferson University**

Philadelphia, PA

*Department of Emergency Medicine Residency*

June 2006

- ABEM Board Certification

June 2008

## Specialty Training

**American Board of Addiction Medicine (ABAM)**

Grand Rapids, MI

*Board Certification in Addiction Medicine*

December 2010

## Clinical Experience

| | |
|---|---|
| **Attending ED Physician, St. Joes Ann Arbor (Envision Health)** | **2020-present** |
| **Locums ED Physician Robert Packer Memorial Hospital** | **2017-2019** |
| **Locums ED physician Bay Health (Dover, DE)** | **2017-2019** |
| **Street Medicine Physician (Camden, NJ)** | **2016-2018** |
| **Attending Physician in Emergency Medicine Spectrum Health (Grand Rapids, MI)** | **2006-2016** |
| **Director, Center fior Integrative Medicine** | **2011-2016** |

## Memberships and Affiliations

| | |
|---|---|
| American Academy of Pain Medicine | 2010-Present |
| American Society for Addiction Medicine | 2010-Present |
| American Medical Association | 2010-Present |
| Michigan ACEP | 2003-Present |
| American College Emergency Physicians | 2002-Present |
| Wilderness Medical Society | 2002-2010 |

## Licensure

| | |
|---|---|
| (MI) MD 4301087247 | Expires January 31, 2021 |
| DEA BW9602815 | Expires May 31, 2023 |
| DEA XW9602815/275 | Expires May 31, 2023 |
| MI Controlled Substance Registration | Expires January 31, 2021 |

## Certifications

| | |
|---|---|
| Tactical EMT/Physician (DHS) | 2005-2015 |
| ATLS | 2003-2019 |

- PALS                                                                                      1998-2020
- ACLS                                                                                      1995-2020

## Grants

| | | | |
|---|---|---|---|
| • | Pennsylvania Department of Correction | $568,000 | 2020 |
| • | California Department of Corrections and Rehabilitation | $500,000 | 2020 |
| • | Department of Healthcare Services, CA | $6,000,000 | 2019 |
| • | Department of Healthcare Services, CA | $4,000,000 | 2018 |
| • | Robert Wood Johnson Foundation | $768,984 | 2014 |
| • | Robert Wood Johnson Foundation | $200,000 | 2012 |
| • | Veterans Administration Research | $1,000 | 2001 |
| • | Veterans Administration Research | $1,500 | 2000 |
| • | Dorothy Coker Research Grant | $5,000 | 1998 |

## Research Experience

### I. Peer Reviewed Publications
- R. Corey Waller, Debra Feakes, J. Spindler, G. Southard and G. Aron. "Investigations of Toxicity and Uptake of Liposomaly Encapsulated $Na_4B_{20}H_{17}SH$"; Frontiers in Neutron Capture Therapy. September 1999.
- R. CoreyWaller, Debra Feakes and Jennifer Spindler. "Protein Binding Studies of $Na_4B_{20}H_{17}SH$ and $Na_2B_{20}H_{18}$"; Frontiers in Neutron Capture therapy. September 1999.
- Debra A. Feakes, R. Corey Waller, Deborah K. Hathaway, and Veronica S.Morton. "Synthesis and *In Vivo* Murine Evaluation of Na4[a2-B20H17SH] as a Potential Agent for Boron Neutron Capture Therapy"; Proc. Natl. Acad. Sci. USA; 96, pp. 6406-6410. May 1999.

### II. Chapters
- Waller, R. Corey (2015) Consent and Confidentiality Issues in Addiction Practice, Abigail Herron 2nd edition of *The ASAM Essentials of Addiction Medicine.* Wolters Kluwer Health.
- Waller, R. Corey (2017) Preoperative and Perioperative pain treatment in patients with high opioid tolerance and/or addiction, Pain and Addiction Common Threads. Wolters Kluwer Health.
- Waller, R. Corey (2017) The Neuroscience of Addiction. Wolters Kluwer Health.

### III. Textbook editor
- The ASAM Criteria, Editor in Chief, R. Corey Waller MD, MS (in prepublication)
- The American Society of Addiction Medicine Handbook on Pain and Addiction  Edited by Ilene Robeck, Melvin Pohl, Michael Weaver, Mark Weiner, Herbert Malinoff, Corey Waller, William Haning, and Bonnie B. Wilford (2018)

### IV. Guidelines
- The ASAM Clinical Practice Guideline on Alcohol Withdrawal Management, 2020, R. Corey Waller (Guideline Committee Member)
- Waller, R. Corey (2014) Medication Assisted Treatment Guidelines for Opioid Use Disorders, Adopted by the State of Michigan 2014

### V. Review Articles
- R. Corey Waller and Sonia Angelo. "Diabetic Emergencies" EM reports December 2005

## VI.   Abstracts

- "Synthesis of Redox-Switchable Bis-Calix-arene Caged Molecules" M. T. Blanda, S.Horton, L. Black, <u>R. C. Waller</u>. Third International Calix-Arene Conference in Fort Worth, TX., 1995

## VII.   Thesis

- "Synthesis and Evaluation of Polyhedral Borane Anions for Potential Application in the Boron Neutron Capture Therapy of Cancer" <u>R. Corey Waller</u>, May 1999.

## VIII.   Text

- The American Society of Addiction Medicine Handbook on Pain and Addiction; Oxford University Press 2018
- Emergency Medicine Residency Trauma Curricula, R. Corey Waller MD, MS GR-MEP 2010
- Vertebrate Physiology 3458 Lab Manual, R. Corey Waller and Paul Rosenblum. SWT publishing, San Marcos, TX. 1998

## IX.   Poster Presentations

- Biopsychosocial High and Low Frequency Intervention of High Frequency Emergency Department Utilizers, R. Corey Waller MD, MS.  American College of Emergency Medicine, San Francisco, CA. 2011
- "High and Low Frequency Emergency Department Utilizers: A Comparative Analysis of Morbidity, Diagnostic Testing, and Health Care Costs," J. Adam Oostema, MD; John Troost, BS; Kathryn Schurr, BS; R. Corey Waller, MD, MS. American College of Emergency Medicine, San Francisco, CA. 2011
- "Trauma Patients Negatively Impact the Care of Acute Chest Pain Patients in Common Resuscitation Areas," C. Waller MS, D. Dent MD, C. Davis MD, R. Greene PhD, J. Myers MD, R. Stewart MD. Society of Critical Care Medicine Forum, San Diego, CA. 2002

## X.   Oral Presentations at National Meetings (abridge, over 20 in2017 and  2018)

- "Investigation of the Intracellular Localization and Binding of Polyhedral Borane Compounds" *<u>R. Corey Waller</u> and Debra Feakes. Eighth International Symposium on Neutron Capture Therapy for cancer, 1998
- "Evaluation of the Binding of Polyhedral Borane Compounds to Intracellular Protein Moietes and Monomeric Amino Acids" *<u>R. Corey Waller</u> and Debra Feakes. Boron USA in Athens, Georgia, 1998
- "The Pharmacokinetics of Compounds Used in BNCT for the Treatment of Cancer" *<u>R. Corey Waller</u> and Debra A. Feakes. SWT Colloquium for Biological Research, 1998
- "Population Based Data and Cost Analysis of Super-Utilizers" RWJF National Summit on Super-Utilizer Science
- "When Opioids Fail" American Society of Addiction Medicine Annual Meeting (ASAM) 2013
- "Core-REMs Presentation Faculty" Pain and Addiction, Common Threads; ASAM 2013
- "Super-Utilizers Cost and Integrated Pathways" State of Michigan Population Health Colloquium National Meeting
- "Risk Evaluation and Mitigation Strategies (REMS): ER/LA Opioids" CSAM 2013
- "Marijuana, Medical Ramifications of Legalization" ASAM State of the Art, 2013
- "Prescription Medication Abuse" Canadian Society Of Addiction Medicine  National Conference (2014)
- Medication Assisted Treatment in the Criminal Justice Setting, National TASC Conference (2015)
- Integrated Care for the Nation's Most Expensive Patients, National Counsel on Behavioral Health (2015)

## VIII.   Invited Lectures (abridged)

Medicaid Managed Care Innovations Learning Collaborative

- Targeting Super-Utilizers – The Provider Perspective

Kent County Community Mental Health Annual Meeting

- Keynote- Medication Assisted Treatment for Addiction

Spectrum Health System Leadership conference

- Keynote- How to Change Culture in a Large System

Munson Community Hospital Grand Rounds
- Integrated Approach to Medicine
- Medical Marijuana and the Law
- When Opioids Fail

Marijuana, Current Trends in Pain and Addiction
- Treating Complicated Pain in a Primary Care Setting

Robert Wood Johnson Foundation (RWJF)
- National Super-Utilizer Meeting 2014 and invited 2015

Neuroscience Grand Rounds
- Neurobiology of Addiction
- Interventional Strategies for Refractory Pain
- Opioid Use in the at-risk population

Blodgett Hospital Grand Rounds
- Neurobiology of Pain and Addiction
- Yellow Fever
- Dengue Hemorrhagic Fever

Pain Medicine in the Complex Patient Conference at St Mary's Hospital
- Interaction of Addiction and Chronic Pain in the Frequent Flyer

## VIII. Current Active Research Interests
- Understanding the medical, personal and financial impact of the ED high frequency utilizer on society
- A population health approach to addiction and mental health treatment
- Development of a bioinformatics network with the capability to evaluate and help direct resources' to underserved populations in Michigan.
- Factors modifying severity of Neonatal Abstinence Syndrome
- Development of a "Benzodiazepine Abated" Alcohol withdrawal pathway
- Effective Educational Pathways for non-medical professionals who treat patients with addiction

## IX. Committees
American Society of Addiction Medicine (ASAM)
- Chair, ASAM Criteria Education Committee
- PIPMAG Performance Measures Panel of Experts (past Chair)
- Immediate past Chair- Legislative Advocacy Committee
- Finance Committee (past member)
- Immediate past Chair, Pain and Addiction Common Threads Course
- Member, Risk Evaluation and Mitigation Strategies (REMS): ER/LA Opioids

American Board of Addiction Medicine
- Member, Continuing Education Committee (past)

American Academy of Pain Medicine
- Member, Research Committee (past)

Michigan Hospital Association (past)
- Member, Health policy Committee

Michigan Department of Community Health (past)
- Lead Physician, Medication Assisted Treatment Workgroup

Spectrum Health Hospitals (past)
- Community Medicine Steering Committee
- SH Representative for Michigan Hospital Association Safety and Quality initiative
- Super-Utilizer Committee



# Frank P. James, MD, JD, DFASAM, FACLM

**Behavioral Health Services Consulting, LLC**
*381 Sage Way*
*Grand Junction, Colorado 81501*
*(305) 393-9372*
*FrankPJamesMDJD@outlook.com*

August 23, 2021

Honorable John T. Copenhaver, Jr., Senior Judge
6009 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Dear Judge Copenhaver,

My name is Frank P. James. As a psychiatrist, with expertise in Addiction Medicine, I am writing to express my concern regarding a criminal case over which you preside: United State of America v. Sriramlo Kesari, MD.

My concern is not over the merits of this case. Nor do I wish to dispute the facts presented to the court. Instead, I would like to address the Standard of Care (Standard) put forward to the jury, which the jury may have accepted as true in rendering a guilty verdict on one of the thirteen charges. Specifically, I would like to express my fear that this incorrect Standard could be used to incarcerate a medical professional treating those who suffer from opioid use disorder and the danger that the Standard could become the threshold by which thousands of medical providers treating this national epidemic, leading to similar criminal consequences.

If it pleases Your Honor, I would first like to explain why my educational and professional experiences cause my great distress over the outcome of the case against Dr. Kesari. I grew up in Canton, Ohio. After graduating from the University of Notre Dame in 1989, I became the first student accepted into a combined legal and medical graduate program at Southern Illinois University (SIU). In 1991 I received my Juris Doctorate and in 1996 Medical Doctorate from SIU. During this time, I also passed exams and was admitted into both the Ohio and Illinois Bar.

As an attorney and active-duty Captain of the United State Army, I completed a residency in Psychiatry at Walter Reed Army Medical Center in 1999. Thereafter, in 2001 I completed fellowships in Child and Adolescent Psychiatry from The Children's Hospital of Philadelphia, and 2002 Forensic Psychiatry from the University of Cincinnati.

Having been raised, and completed my education primarily in the Midwest, I felt a personal calling to treat people of all ages, with a wide variety medico-psychiatric disorders, in underserved areas of the

Ohio Valley. From 2003 until 2010, I lived and had a hospital-based psychiatric practice in Wheeling, West Virginia.

In 2007, due to the havoc of the national opioid epidemic, I was approached by a representative of Rickett Benckiser, the manufacturer of Suboxone. With their plea to consider expanding my practice, I spent the last two years, and over ½ of my overall hospital-based clinic practice, treating people all over rural West Virginia, Ohio and Pennsylvania who suffered from and addiction to opiates. Being a part of their recovery was by far the most rewarding clinical experience in my professional career at that time.

As a result, I furthered my education by becoming certified in Addiction Medicine in 2012 by the American Board of Addiction Medicine (ABAM) and then in 2017 by the American Board of Preventive Medicine. It also propelled me into becoming the national subject matter expert in Opioid Use Disorder and urine drug testing for United HealthCare and Optum Behavior Health from 2011- 2019. It also has led me to return to clinical practice and treating people in underserved areas of rural Colorado.

Your Honor, the litany of my education and professional experiences over the last 25 years is not to impress you. Instead, it is to impress upon you that the Standard of an academic psychiatrist board-certified in Addiction Psychiatry presented in this criminal case by the government's expert, which may result in Dr. Kesari being incarcerated is untenable. This is even more egregious for those who are practicing in rural America. The impact on those of us trying to reach people of all socio-economic statuses who suffer the life-threatening illness of opioid addiction could be devastating. This is particularly true in the environment of a global pandemic.

I respectfully oppose it be the Standard by which a medical professional could be exposed to incarceration. I will briefly make four points to demonstrate my opinion.

1. As you are aware, the legal standard applicable to civil litigation for malpractice is the minimal standard of performance by a physician practicing medicine. Although the basic tenets for prescribing buprenorphine are the same regardless of medical specialty, the Standard for treating opioid addiction is still changing and fluid. This is especially true with the advent of telemedicine, which in mental health is still quite new. I have found this to be true for my practice in Colorado trying to reach the most vulnerable in rural areas where an Addiction specialist almost never exist for hundreds of miles. Even in the most urban settings, the pandemic has changed the playing field significantly. Nationally, even board-certified medical professionals in Addiction Medicine and Addiction Psychiatry struggle with how to best meet the needs of this population given continued advances in medicine, public health needs, technology, and geographic barriers to access of care.

2. The Standard presented to the court for criminal prosecution is based on tenets not even achievable by federally regulated methadone clinics and behavioral health services for the incarcerated population. Although having been in existence for over 50 years, federally regulated clinics providing full replacement therapy with methadone do not require full psychiatric evaluation by a physician board-certified in Addiction Psychiatry. More recently, methadone clinics have expanded to include buprenorphine, like Suboxone. This practice also does not require such a high standard of psychiatric evaluation and oversight. I have found this also to be true based on my experience as a Forensic Psychiatrist treating both civilly and criminally incarcerated populations in Ohio. Neither physicians nor non-physicians in these

settings are not held to the standard of a board-certified Addiction Psychiatrist requiring full psychiatric evaluation.

3. The Standard based on the practice of a board-certified Addiction Psychiatrist would not apply to Physician Assistants and Nurse Practitioners. In my position as Medical Director of Outpatient Services in rural Colorado, I am keenly aware of the devasting impact of opioid use disorder. I am also reminded daily of the scarcity of similarly educated physicians. I am the only board-certified Forensic Psychiatrist on the entire western slope of Colorado. I am only aware of 2 other board-certified Child and Adolescent Psychiatrists, and at the most one of three board-certified physicians in Addiction Medicine. If one were to use the Standard based on my education and experience, all 16 nurse practitioners and physician assistant that I supervise to fill the gap of physicians in our rural areas could be in jeopardy of incarceration. This would also have been true as one of six board-certified Child Psychiatrists in West Virginia over 10 years ago. Using a similar Standard presented to the court would put the many Pediatricians at that time in West Virginia treating ADHD with controlled substances at jeopardy for incarceration.

4. Reaching rural areas, telemedicine for behavioral health exemplifies the fluidity for any Standard when using medications for all disorders of addiction. In fact, the clinic I supervise has recently been asked to participate in research looking at in person, in home-based, and telehealth treatment of opioid use disorder. This clearly demonstrates that a Standard for telehealth by which we reach both rural and urban environments, has yet to be set. This must be more importantly true when setting a Standard for incarceration.

Your Honor, in closing I would like to emphasize that my opinions are not to re-examine the actual merits of the case against Dr. Kesari. However, my education and experience tell me that the Standard of Care being presented by the government to argue for a sentence of incarceration is not accurate and allowing that incorrect Standard to be perceived as valid would put hundreds of physicians of all specialties, and the many more non-physicians, in jeopardy. I am more fearful that this Standard for criminal prosecution and incarceration will greatly affect our abilities to reach the most vulnerable people in rural areas all over the country.

Respectfully,

Frank P. James, MD, JD, DFASAM, FACLM.

CURRICULUM VITAE

# Frank P. James, M.D., J.D., DFASAM, FACLM

## CONTACT INFORMATION

Frank P. James, MD, JD, DFASAM, FACLM
381 Sage Way
Grand Junction, Colorado 81501
Cell: 305.393.9372
Email: frankpjamesmdjd@outlook.com
LinkedIn: https://www.linkedin.com/in/frankpjamesmdjd/

## EDUCATION

| | |
|---|---|
| 1992-1996 | Southern Illinois University School of Medicine: Springfield, IL<br>Medical Doctorate/Juris Doctorate Dual Degree Program – M.D. |
| 1989-1991 | Southern Illinois University School of Law: Carbondale, IL<br>Medical Doctorate/Juris Doctorate Dual Degree Program – J.D. |
| 1985-1989 | University of Notre Dame: Notre Dame, IN<br>Premedical Studies/Japanese Language – B.A. |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 2002-2003 | University of Cincinnati School of Medicine: Cincinnati, OH<br>Forensic Psychiatry Fellowship Program |
| 1999-2002 | The Children's Hospital of Philadelphia: Philadelphia, PA<br>Child and Adolescent Psychiatry Fellowship Program |
| 1997-1999 | Walter Reed Army Medical Center: Washington, DC<br>General Psychiatry Residency |
| 1996-1997 | Walter Reed Army Medical Center: Washington, DC<br>General Psychiatry Internship |

## LEGAL INTERNSHIPS

| | |
|---|---|
| 1992 | Canton City Prosecutor's Department: Canton, OH |
| 1991 | Southern Illinois University Legal Clinic: Carbondale, IL |

C U R R I C U L U M   V I T A E

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Dec 2020 – Present | **Medical Director, Outpatient Services, Mind Springs Inc.,** Grand Junction, CO |

- Provides Medical Oversight and Supervision in for all outpatient lines of service
  - o General, Child and Adolescent, and Forensic Psychiatry Services
  - o Policy, Procedure and Productivity Development and Oversight
  - o Behavioral and Medical integration of all Addiction Medicine lines of business
  - o Pharmacy Initiatives consistent with Evidence-Based prescribing practices.
  - o Supervision of 16 Psychiatrists, Nurse Practitioners, and Physician Assistants
- Provides internal legal consultation in the areas of malpractice, standards of care, statutory interpretation and benefit determination with health plans, state governmental and legislative entities, and local law enforcement.

Apr 2019 - Present    **President, Behavioral Health Services Consulting, LLC,** Stamford, CT

- Consults with health plans, providers, and pharmacy benefit managers (PBM) in the areas of mental health, behavioral health, and substance use disorders:
  - o Designing, developing, and implementing benefit guidelines.
  - o Monitoring and detecting fraud, waste, and abuse.
  - o Behavioral and medical integration within Addiction Medicine.
  - o Developing pharmacy initiatives to support evidence-based prescribing practices.
- Provides legal consultation in the areas of malpractice, standards of care and statutory interpretation for health plans, governmental and legislative entities, law firms, and individual legal and medical practitioners.

Aug 2011 – Mar 2019    **United HealthCare (UHC) /Optum Behavioral Health**
**Dedicated Medical Director to Harvard Pilgrim Health Care** *2011 -2017*
**Southeast Regional Medical Director, National Case Management** *2017-2019*

- Developed and participated in clinical and quality management processes and implementation of UHC and Optum clinical policies, prior authorizations, and benefit coverage guidelines.
- Provided clinical and policy leadership with managers, directors, and senior level staff internally as the UHC and Optum national subject matter expert in substance use disorders and urine drug testing.
- Oversaw and conducted benefit Peer Review and Appeal determinations for commercial and public sector books of business in support of customer and account-specific plans and Utilization Management activities.
- Provided clinical leadership in the development and maintenance of provider networks, including involvement in credentialing, quality improvement activities and substance use disorder specific network expansion.
- Represented UHC and Optum at the state and federal legislative levels in matters related to Opioid Use Disorder services, Urine Drug Testing, and Medication for Addiction Treatment (MAT).

Dec 2010 - July 2011    **United States Department of Homeland Security (DHS)**, Miami, FL
**Field Psychiatrist, Immigration and Custom Enforcement (ICE) Detention Facility**

- National Security Clearance through DHS *December 2010 - February 2011*
- Field psychiatrist for the ICE detention facility in Miami, Florida *March – July 2011*

Mar 2010 - Sept 2010    **Florida Medicaid Program**, Miami, FL
**Medical Director, Public Health Solutions**

- Participated in the development, implementation, and interpretation of comprehensive medical and behavioral health policy.
- Provided medical leadership, oversight, and consultation for Quality Improvement and

2

CURRICULUM VITAE

Utilization Management programs.

- Served as the senior medical reviewer in the utilization review process and oversaw the quality of utilization determinations, including inter-rater reliability.
- Developed and sustained an interface with member forums and facilitated for the delivery of appropriate care for children and adolescents in state custody.

## PROFESSIONAL EXPERIENCE CONTINUED

Jan 2008 - Jan 2010 **Wheeling Hospital,** Wheeling, WV
**Chairman, Department of Psychiatry and Mental Health Services**
- Practiced General, Child & Adolescent, Consult-Liaison, Addiction Psychiatry and Forensic Psychiatry in both the Inpatient and Outpatient Settings.
- Developed and led outpatient programming for the treatment of Opioid Use Disorder serving the state of West Virginia and the Ohio Valley Region.

Jun 2004 - Jan 2008 **Ohio Valley Medical Center,** Wheeling, WV
**Attending Psychiatrist**
- Practiced General, Child & Adolescent, Consult-Liaison, and Forensic Psychiatry in both the Inpatient and Outpatient Settings

Aug 2003 - May 2004 **Psychiatric Institute of Washington,** Washington, DC
**Attending Psychiatrist**
- Responsible for Child & Adolescent Inpatient Psychiatric Treatment

## ASSOCIATIONS AND DISTINCTIONS

**Board Positions**
American Society of Addiction Medicine (ASAM)
- 2021 – Present    National Board of Directors, Alternate Director, Region III
- 2019-2021    National Board of Directors, Director At Large
- 2017-2019    National Board of Directors, Alternate Director, Region III

**Distinctions**
American Society of Addiction Medicine (ASAM)
- 2019-Present    Distinguished Fellow
- 2012-2019    Fellow

**Council/Task Force Roles**
- 2019-2020    American Society of Health-System Pharmacists (ASHP), Opioid Task Force
- 2017-2020    American Society of Addition Medicine, Public Policy Coordinating Council

**Committee Roles**
American Society of Addiction Medicine
- 2019-2020    Practice Management & Regulatory Affairs Committee, Chair
- 2017-2019    Legislative Advocacy Committee, Member
- 2015-2019    Payer Relations Committee: Member 2015-2017, Vice-Chair 2017-2019
- 2015-2017    Finance Committee, Member

3

CURRICULUM VITAE

**Membership**
- 2002-Present      American Academy of Psychiatry and The Law: Member
- 2001-Present      American Academy of Child and Adolescent Psychiatry: Diplomat
- 1989-Present      American College of Legal Medicine: Fellow

## BOARD OF CERTIFICATION

2019/2029    American Board of Preventive Medicine – Addiction Medicine
2012/2022    American Board of Addiction Medicine – Addiction Medicine
2005/2025    American Board of Psychiatry and Neurology – Forensic Psychiatry
2003/2023    American Board of Psychiatry and Neurology – Child and Adolescent Psychiatry
2002/2022    American Board of Psychiatry and Neurology – General Psychiatry

## LICENSURE

2020    Mississippi Medical Board
2020    Alabama Medical Board
2020    Indiana Medical Board
2020    Colorado Medical Board
2020    Georgia Composite Medical Board
2020    State of Illinois Department of Financial and Professional Regulation
2020    Michigan Board of Medicine
2019    New York Board of Medicine
2014    Texas Medical Board
2012    Arizona Medical Board
2011    Commonwealth of Massachusetts
2010    Connecticut Department of Public Health
2009    Florida Medical Board
2004    West Virginia Board of Medicine
2003    Government of the District of Columbia Department of Health
2002    State of Ohio Medical Board
2000    Medical Board of California
2000    Commonwealth of Pennsylvania Department of Health Professions
1997    Commonwealth of Virginia Board of Medicine
1993    Illinois State Bar
1992    Ohio State Bar

## ACADEMIC APPOINTMENTS

2002-2003    University of Cincinnati School of Medicine: Cincinnati, OH
             Volunteer Instructor, Division of Forensic Psychiatry

2001-2002    The Children's Hospital of Philadelphia: Philadelphia, PA
             Chief Resident, Child & Adolescent Psychiatry

1999-2002    University of Pennsylvania School of Medicine: Philadelphia, PA
             Assistant Instructor, Division of Child & Adolescent Psychiatry

1997-1999    Uniformed Services University of The Health Sciences: Bethesda, MD
             Instructor, Division of Psychiatry

4

CURRICULUM VITAE

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 2008-2010 | Wheeling Hospital, Wheeling, WV |
| 2008-2010 | Belmont Community Hospital, Bellaire, OH |
| 2004-2008 | East Ohio Regional Hospital, Martins Ferry, OH |
| 2004-2008 | Ohio Valley Medical Center, Wheeling, WV |
| 2003-2005 | The Psychiatric Institute of Washington, Washington, DC |
| 2003-2005 | The University Hospital, Cincinnati, OH |

## HOSPITAL APPOINTMENTS CONTINUED

| | |
|---|---|
| 2002-2003 | Summit Behavioral Healthcare, Cincinnati, OH |
| 1999-2002 | The Children's Hospital of Philadelphia, Philadelphia, PA |
| 1997-1999 | Walter Reed Army Medical Center, Washington, DC |

## AWARDS & HONORS

| | |
|---|---|
| 2019-Present | American Society of Addiction Medicine: Distinguished Fellow |
| 2000-2002 | The Children's Hospital of Philadelphia: Philadelphia, PA<br>Chief Resident, Department of Child and Adolescent Psychiatry |
| 1996-1997 | Walter Reed Army Medical Center: Washington, DC<br>Army Achievement Award |
| 1992-1994 | Southern Illinois University School of Medicine: Springfield, IL<br>Honors for Basic Science Years |
| 1990-1991 | Southern Illinois University School of Law: Carbondale, Il<br>Law Journal: Staff Writer, Student Articles Editor |
| 1986-1989 | University of Notre Dame: Notre Dame, IN<br>Deans Honor List |

## MILITARY EXPERIENCE

| | |
|---|---|
| 1996-1999 | Captain, United States Army, Active Duty<br>Medical Corps, Walter Reed Medical Center |
| 1992-1996 | Second Lieutenant, Medical Corps, United States Army Reserves<br>Health Professional Scholarship Program |

## PUBLICATIONS

James, F., M.D., J.D., Kennedy, John, Md. MHA, *Timely Treatment for Incarcerated Defendants,* Journal of the American Academy of Psychiatry and the Law, vol. 34: 4, 2003

James, F., JD *The Special Relationship Exception Imposing a Duty upon Medical Professionals to Protect Non-Patient Third Parties,* Journal of Health and Hospital Law (May-June 1995)

5

CURRICULUM VITAE

James, F., *The Experimental Treatment Exclusion Clause: A Tool for Silent Rationing of Health Care,* 12 Journal of Legal Medicine 359 (September 1991) 6 Insurance Law Anthology 401 (National Law Anthology Series, 1992)

## PRESENTATIONS

James, F., M.D., J.D., American Board of Quality Assurance and Utilization Review Practitioners: 20/20 Insight into Value-Based, Quality Care– *Panel Discussion – Quality Measures and Alternative Payment Models to Advance Evidenced-Based Treatment in Addiction Medicine,* April 2021, Clearwater Beach, FL

James, F., M.D., J.D., American Journal of Managed Care Conference: ACO & Emerging Healthcare Delivery Coalition – *Panel Discussion – Integrating Team Members for Addition Care,* October 2017, Nashville, TN

James, F., M.D., J.D., American Journal of Managed Care Conference: ACO & Emerging Healthcare Delivery Coalition – *Role of Stigma in Addition Treatment,* May 2017, Scottsdale, AZ

James, F., M.D., J.D., National Rx Drug Abuse and Heroin Summit – Drug Testing in Clinical Practice: When, What, Who and How, April 2018, Atlanta, GA

## LANGUAGE/CULTURAL EXPERIENCE

| | |
|---|---|
| 1996 | Academic Espanola Quito: Quito, Ecuador<br>Medical School Study in Spanish Language and Culture |
| 1986-1987 | Sophia University: Tokyo, Japan<br>Undergraduate Studies in Japanese Language and Culture |
| 1986 | Tianjin Foreign Language Institute: Tianjin, China<br>Scholarship for Undergraduate Study of Chinese Language and Culture |
| 1983-1984 | Kungsangskolan: Sala Sweden<br>Rotary International Exchange Program |

Margaret Jarvis, MD DFASAM
194 Stone Wall Lane
Tunkhannock, PA  18657

Aug. 18, 2021

Honorable John T. Copenhaver
6009 Robert C. Byrd United States Courthouse
800 Virginia Street East
Charleston, WV  25301

Dear Judge Copenhaver,

I have been asked to opine about the standard of care by a physician for a patient who has opiate use disorder (opiate addiction).  I have led a great deal of work in this area for the American Society of Addiction Medicine.

Addiction medicine and addiction psychiatry trail other medical specialties in the development of clinical standards such as guidelines, process, outcome and systems measurements.  Within medical care, these standards are typically founded upon science, and the science of the treatment of persons with substance use disorders is currently less robust than in other specialties.  This leaves the field answering clinical questions with some science and with expert consensus.  There are a number of important questions that have been addressed only partially or not at all.  This leaves the field in a position of relying on the earnest efforts of physicians and other providers to give compassionate, wise care without clear guidance for every decision.

The ASAM Standards of Care for the Addiction Specialist Physician was published in 2014[1].  The Standards was written on the cusp of the national recognition of the overdose crisis, and the resultant urgent need for an expanded workforce of providers with prescriptive authority to care for patients who are vulnerable to overdose.  This document predates the Comprehensive Addiction and Recovery Act, which was signed in 2016, and which expanded

---

[1] American Society of Addiction Medicine. (2014). *Standards of Care: For the Addiction Specialist Physician.* https://www.asam.org/docs/default-source/publications/standards-of-care-final-design-document.pdf

buprenorphine prescription authority to advanced practitioners (nurse practitioners and physicians' assistants). The introduction of the ASAM Standards states that "The Standards apply to any physician assuming the responsibility for caring for addiction and related disorders and acting in this capacity even if such a physician does not hold specialty certification in addiction medicine or addiction psychiatry." While the Standards has language that is relevant to the case around Dr. Kesari, it is important to make clear that the field has not yet clearly distinguished between the standards that a specialist (who may have had post graduate medical education in addiction treatment and/or be board certified) and the generalist, who provides care to less complex, less acute patients in the course of a primary care practice. It may be that future documents may make this distinction. Thus, it may not be appropriate to hold a generalist physician to the same sophistication in practice that a specialist might accomplish. The prudent generalist will recognize when a situation is beyond her/his capabilities and make a referral, as is the case with other specialties.

Additionally, there are two branches of specialists who are expert in the care of patients who have substance use disorders, addiction psychiatrists and addiction medicine physicians. The field has not yet resolved the boundaries and appropriate overlap between the two groups. It seems sensible not to hold an addiction medicine specialist to the same standard of care as an addiction psychiatrist around assessing and treating psychiatric disorders beyond recognizing psychiatric emergencies or the potential for psychiatric disorder, and making referral for the care of these conditions, just as it would not be sensible to hold an addiction psychiatrist to the same standard as an addiction medicine physician around the care of a patient with endocarditis related to intravenous drug use. Again, precisely where these expectations begin and end is not yet enumerated and is left to the wisdom of the practitioner.

Questions about evaluation of a patient who has an opiate use disorder (or any other substance use disorder) have been raised in the expert testimony. The Standards indicate that, "Assessment of a patient with a substance use disorder is an ongoing process. A complete assessment is a critical aspect of patient engagement and treatment planning and should be conducted during the initial phase of treatment. However, it is important to note that it does not necessarily need to be conducted at the initial visit. In certain practice situations, but especially in emergency situations, brief, focused assessments may be appropriate, but comprehensive treatment of addiction requires comprehensive assessment at some point in time…" This is repeated in the 2020 ASAM National Practice Guideline for the Treatment of Opioid Use Disorder, with this addition: "The assessments discussed in this section are critical for comprehensive treatment planning. However, since patients with opioid use disorder are at risk for significant harm – including overdose and overdose death – a delay in completion of each assessment should not delay or preclude the initiation of pharmacotherapy for opioid use disorder." [2] Please note that this statement was not included in the 2015 version of this

---

[2] American Society of Addiction Medicine. (2020). *National Practice Guideline for the Treatment of Opioid Use Disorder: 2020 Focused Update.* https://www.asam.org/Quality-Science/quality/2020-national-practice-guideline

document. [3] This change from 2015 to 2020 is an illustration of how quickly and how much our understanding of treatment of opioid use disorder has changed.  As a result, while it is most desirable that the physician engaged in caring for a patient with opiate use disorder have knowledge about many facets of the patient's life, there is recognition that 1) there may be urgent or emergent physical or psychiatric conditions or symptoms that must be prioritized, and 2) the prescription of medications for opiate use disorder is such a life-saving measure that this must be prioritized as soon as possible.  These priorities have evolved over the last 10 years.  The Standards and the National Practice Guideline (both 2015 and 2020) describe that the physician may delegate parts of the assessment and treatment to other qualified individuals, which may include counselors, therapists or psychologists.  So, the treatment of urgent or emergent conditions, and the initiation of medication through home or office induction should be prioritized over completion of the comprehensive assessment of a patient with opioid use disorder, and persons other than the prescribing provider may contribute to the assessment and care of the patient.

There is controversy in the expert testimony regarding the use of drug testing.  In the National Practice Guideline: "Little research exists on the optimal frequency of testing. ..The frequency of drug testing will be determined by a number of factors, including the stability of the patient, the type of treatment, and the treatment setting...Patients will likely require more testing early in treatment or during periods of relapse."  Thus, the frequency of testing should have some variability over time, at the discretion of the provider ordering the testing. Additionally, concern was raised in regard to Dr. Kesari's use of a predictable schedule of testing.  The ASAM Appropriate Use of Drug Testing in Clinical Addiction Medicine says" Random unannounced drug tests are preferred to scheduled drug tests." [4] While randomization is preferred, it is not required.

Similarly, questions have been raised in expert testimony regarding the kind of testing used in Dr. Kesari's practice.  The ASAM Appropriate Use of Drug Testing in Clinical Addiction Medicine states: "When choosing a test, providers will make decisions about the following factors:

- The information they wish to gain from testing
- The substance or substance(s) targeted
- Matrix sample collected
- The reliability/usefulness of the result
- Cost

---

[3] American Society of Addiction Medicine.  (2015). *National Practice Guideline For the Use of Medications in the Treatment of Addiction Involving Opioid Use.* https://www.asam.org/docs/default-source/practice-support/guidelines-and-consensus-docs/asam-national-practice-guideline-supplement.pdf?sfvrsn=24

[4] American Society for Addiction Medicine. (2017). *Appropriate Use of Drug Testing in Clinical Addiction Medicine.* https://www.asam.org/docs/default-source/quality-science/the-asam-appropriate-use-of-drug-testing-in-clinical-addiction-medicine-full-document.pdf?Status=Temp&sfvrsn=700a7bc2_2

"Smarter" drug testing means that providers actively address these factors in the process of choosing a drug test, rather than defaulting to perceived organizational or industry norms." As a result, Dr. Kesari's decision to use point of care testing is not outside of the standard.

Questions in the testimony have arisen about the conduct of telemedicine in the treatment of patients with opioid use disorder. While the promise of telemedicine to reach patients in distant areas and to make medical specialties available more universally has been a vision for at least 15 years, it did not become widely used until the Covid pandemic occurred, and many of the changes in regulations and insurance coverage that supported this change have been linked to emergency orders around the pandemic. As a result, questions such as which platforms are adequate for provision of care and how information is to be gathered have only recently begun to be addressed. In the ASAM Covid-19 Task Force Recommendations: "Telehealth communication conducted using an audio-visual, real-time, two-way interactive communication system is preferred but telephone-based visits should also be considered. For example, some patients may not have the technical capabilities available for video visits but have access to a phone." [5] Also, "Clinicians should carefully assess whether an in-person physical exam would change the management of a given patient. For patients maintained on buprenorphine, monitoring for signs of intoxication is recommended. This assessment can be accomplished with visual inspection alone, and partially and sufficiently evaluated through an audio-only platform as well (e.g., slurred speech might suggest use of alcohol or other opioids, while pressured speech might suggest stimulant use)." This guidance was published well after the events in question in this case, but serves to illustrate that there may be appropriate use of non-traditional methods of gathering information about patients, especially in times of extremis.

Sincerely yours,

*Margaret Jarvis, MD*

Margaret Jarvis, MD DFASAM

---

[5] ASAM Covid 19 Task Force Recommendations. (Nov. 2020). *Caring For Patients During the Covid-19 Pandemic: Access to Buprenorphine in Office Based Settings.* https://www.asam.org/docs/default-source/covid-19/14-tf_access-to-buprenorphine-in-office-based-settings_updated-11132020.pdf

*CURRICULUM VITAE*

**PERSONAL INFORMATION**

**MARGARET ADERHOLT ENOCHS JARVIS**

> 194 Stone Wall Lane
> Tunkhannock, PA 18657
> Cell phone: 570-885-1549
> addictiondocmj@gmail.com

**EDUCATION**

1985-1989 *Medical Education*:
> Medical College of Virginia School of Medicine
> *Doctor of Medicine* awarded May,1989

1983-1985 *Graduate Education*:
> Department of Biology
> University of Virginia Graduate School of Arts and Sciences

1979-1983 *Undergraduate Education:*
> Major, Departments of Biology and Chemistry
> Sweet Briar College
> *Bachelor of Arts with High Honors in Biology* awarded
> May, 1983

**POSTDOCTORAL TRAINING**

1993 -1995 *Fellowship:*
> Hoff Fellow in Substance Abuse
> Division of Substance Abuse Medicine
> Medical College of Virginia

1989 -1993 *Post-graduate Medical Education:*
> Resident
> Department of Psychiatry
> Medical College of Virginia

**AWARDS**

2021    **ASAM John P. McGovern MD Award and Lecture on Addiction and Society** - established in 1997 to recognize and honor an individual who has made highly meritorious contributions to public policy, treatment, research, or prevention which has increased our understanding of the relationship of addiction and society.

2011 Specialty Faculty of the Year, Kistler Family Medicine Residency

2011 **Merit Award**, Society for the Advancement of Sexual Health

1993-1998 Scientist Career Development Award for Clinicians, awarded by the National Institute on Drug Abuse Research: *Methadone Withdrawal During Pregnancy:Fetal Effects*
1992-1993 Chief Resident, Department of Psychiatry, Medical College of Virginia

1985     Massey Cancer Center Summer Research Award: *Introduction of Adenosine Deaminase gene into Escherichia coli*.

## WORK EXPERIENCE AND ACADEMIC APPOINTMENTS

Jan. 2017 – present: **Chief**, Addiction Medicine, Department of Psychiatry, Neuroscience Institute, Geisinger

Feb. 1999 – March 2018: **Medical Director**, Geisinger Marworth Treatment Center, Waverly, PA

Feb. 2000 – present: Clinical Assistant Professor of Psychiatry, Pennsylvania State University College of Medicine

Jan. 1997- Jan. 1999: Fairfield Psychiatric Clinic, Fairfield, Iowa

July 1993 - 1997: Research Associate, Division of Substance Abuse Medicine, Department of Psychiatry, Medical College of Virginia

Apr. 1994 - 1997: Attending, partial hospitalization unit, MCV Family Counseling Center

## MAJOR COMMITTEES

2021-present National Academy of Medicine, Opioid Collaborative, Education Work Group

2020-present National Quality Forum Opioids and Behavioral Health Committee

2018- present American Society for Addiction Medicine ASAM Criteria Steering Committee **Chair**

2017-2019 American Society for Addiction Medicine Board **Vice President**

2013-2017 American Society for Addiction Medicine Board **Secretary**

2013-present ASAM Quality Improvement Council; **Chair** 2013-2019

2013 ASAM ad hoc Standards Committee **Chair**

2009-2011 and 2013-present American Society for Addiction Medicine Board of Directors

2010-2013 American Society for Addiction Medicine Finance Committee

2010-2014 American Society for Addiction Medicine Constitution and Bylaws Committee

2001-present American Board of Preventive Medicine Addiction Medicine Examination Committee (previously American Board of Addiction Medicine Examination Committee and American Society of Addiction Medicine Examination Committee)

2000 – present Editorial Board of *Journal of Addictive Diseases*

1998 – 2013 Ruth Fox Course Planning Committee, American Society of Addiction Medicine;

2006-2013 **chair and co-chair**

1997-1999 Secretary, Medical Staff of Jefferson County Hospital, Fairfield, IA

1995-1996 Commonwealth of Virginia Commission on Family Violence Prevention, Community
     Planning Guide Task Force

1992-1994 Women in Medicine, Housestaff Liaison

1992-1993 Strategic Planning Committee, MCV

1992-1993 Graduate Medical Education Policy Committee, MCV

1990-1993 Housestaff Council Representative, MCV; **President**, 1991-1993


## PROFESSIONAL MEMBERSHIPS

The American Society for Addiction Medicine – **Distinguished Fellow** 2003-present;
     Board 2009-2010 and 2013- present;
     Secretary of Board 2013-2014, 2014-2016;
     Vice President 2017-2019

Society for the Advancement of Sexual Health (formerly the National Council on Sexual Addiction
and Compulsivity)- Board Member 2001- 2006;
     **President-elect** 2003-2004,
     **President** 2004-2006

American Psychiatric Association - 1993-2000 and 2020-present


## LICENSURE

*Controlled Substances Registration Certificate* DEA #BJ3767019
                      Buprenorphine # XJ3767019

*Medical Physician and Surgeon License* Pennsylvania #MD 067488-L

American Board of Psychiatry and Neurology Certificate #40996
completed 1995
renewed 2005, 2015

American Society of Addiction Medicine Certificate #011515
completed 1997
Renewed 2008 (now the American Board of Addiction Medicine) 2009 – not time limited

American Board of Preventive Medicine, Addiction Medicine certificate # 61-2106 2018

ABPN Certificate of Additional Qualification in Addiction Psychiatry #891
completed 1996
renewed 2006, 2017

ASAM Medical Review Officer Certification 1996

*MJCV 8/21*                                                           

**TEACHING**

2013- present faculty, Geisinger Psychiatry Residency

2009 – 2016 faculty, Kistler Family Medicine Residency

2007-present faculty, Geisinger Addiction Medicine fellowship

1999-2001 Housestaff lecture series, Geisinger, Danville

1994-1997 medical student Outpatient Psychiatry Clinic Rotation

1994-1997 Psychotherapy supervision, PGY-2, MCV

1994-1997 Attending, PGY-3 Substance Abuse Clinic, MCV


**PUBLICATIONS**

Jordan S. Barbour, MPH, **Margaret A. Jarvis, MD, DFASAM**, David J. Withers, MD, FASAM. 2020.  How Geisinger Dramatically Reduced Deaths from Opioid Use Disorder NEJM Catalyst, Vol. 1 No. 2, 1-20.

**Jarvis, Margaret MD, DFASAM**; Williams, Jessica MPH; Hurford, Matthew MD; Lindsay, Dawn PhD; Lincoln, Piper MS; Giles, Leila BS; Luongo, Peter PhD; Safarian, Taleen BA. 2017. Appropriate Use of Drug Testing in Clinical Addiction Medicine *Journal of Addiction Medicine*: **11**:163–173.

Bouland, D.T., E. Fine, D. Withers and **M. Jarvis**. 2015 Prescription medicine obtainment methods and misuse. *J Addict Med*, **9**:281-285.

Kampman, K and **M. Jarvis**.  2015. American Society of Addiction Medicine (ASAM) National Practice Guideline for the Use of Medications in the Treatment of Addiction Involving Opioid Use. *J Addict Med*, **9**:358-367.

**Jarvis MA**; Wu-Pong S; Kniseley JS; Schnoll SH. 1999. Alterations in methadone metabolism during late pregnancy. *Journal of Addictive Diseases*. 18(**4**):51-61.

Weaver, M.F., **M.A.E. Jarvis**, S.H. Schnoll. 1999. Role of the primary care physician in the care of substance abuse.  *Archives of Internal Medicine*,. 159(**9**):913-24.

**Jarvis, M.A.E. M.D.** and S.H. Schnoll, M.D., Ph.D.   1994.   Methadone treatment during pregnancy.      *Journal of Psychoactive Drugs,* **26**: 55-6.

**Jarvis, M.**, J. Knisley, M. Dinsmoor, and S. Schnoll.  1997.  Methadone withdrawal during pregnancy, maternal and fetal effects.  *NIDA Research Monograph Series*, **178**:133.

**Jarvis, M.A.E.**, S. Wu-Pong, J. Knisely and S.H. Schnoll. 1996.   Changes in methadone metabolism during pregnancy.  *NIDA Research Monograph Series*, **162**:262.

**Jarvis, M.A.E.**, and S.H. Schnoll.  1995.  Treatment of pregnant, opiate dependent women, *NIDA Research Monograph Series*, **49**: 58-77.

**Jarvis, M.A.E.**, J.S. Knisely, S.H. Schnoll.  1995.  Drug withdrawal during pregnancy-fetal effects.

*NIDA Research Monograph Series,* **53**: 479.

Walker, C. C., L. I. Rebhun, and **M. A. Enochs**.  Starfish ovotoxin decreases surface activity in mammalian cells.  Presentation at the 24th Annual Meeting of the American Society for Cell Biology, 2-6 November, 1984, Kansas City, Missouri.  Abstr. 673.